OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 16, 2005

TO: Ronald E. Proctor, Jr.
SBI #163750
DCC

*RE: Letter Requesting Status of Case and Copywork;*
*CA 04-1243 JJF*

Dear Mr. Proctor:

This office has received a letter from you (DI 11) requesting information regarding the status of the above mentioned civil action. Your case is assigned to the Honorable Joseph J. Farnan, Jr. and is currently pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed is a docket sheet for the above case for your review.

Your letter also requests copies of documents in the case. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. The last order filed in the case is 3 pages in length.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.: CA 04-1243 JJF
enc. Docket Sheet

February 17, 2005

Clerk RN
U.S. Dist. Court
844 King St Lock Box 18
Wilm, DE 19801

Re: Proctor V. Boston    CA.NO. 04-1441
    Proctor V. Coventry   CA.NO. 04-1243
    Proctor V. McCain     CA.NO. 04-1370

Dear Clerk:

On 9-7-04 my legal files were taken from me, I had my Mom call the court to obtain 3 cases I have pending above and I need a copy of the last order in the case(s) and I need a copy of the docket. I am indigent See attached and cannot pay. I need to know whats going on and file appropriate relief from the JTF or seizure aforesaid. I need the items to prove to D.O.C. officials I had active case(s) in order for them to look for my legal files on these case(s).

God Bless
Sincerely Yours,

XC: file
Attachment 1 Account Balances
to show indigency!

SBI #00163750 Ronald E. Proctor Jr.
1181 Paddock Rd 19 DU2
Smyrna DE 19977

Also just note
Ron
I need
3 Civil
covers
sheets and if any of
these need 285's Send
to. O.K.