Sept. 13, 2005

Clerk
U.S. Dist. Ct.

Re: Proctor v. Carrothers 04-1243 JJF

Dear Ron:

Please serve the enclosed 285 per Court's 8-24-05 order. I have also enclosed a copy to time stamp in and return to me as proof of receipt of the enclosed.

Thank you for your time.

Sincerely yours,

Ronald E. Proctor
1181 Paddock Rd
Smyr. DE 19977-9619

Xc: file noted
Attachments (6) Service Copies
Omitted (1) * John Doe copy
(1) my copy to time stamp in and return to me.

* Once I determine John Doe's name I'll send service.

