(Rev. 6/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Ronald E. Proctor Jr.
_____
(Enter above the full name of the plaintiff in this action)

v.

C/o G. Coventry
Sgt. W. Faust
Lt. J. Salas
_____
(Enter above the full name of the defendant(s) in this action

1. John Doe I
Dr. Brown
Brian Engrem (Psm)*

C.A. No: 04-1243JJF

Jury Trial Demand

Imminent Danger
Exceptions

Amended 9-4-05

I. Previous lawsuits

  A.  Have you begun other lawsuits in state or federal courts dealing with the
      same facts involved in this action or otherwise relating to your imprisonment?
      YES [✓]   NO [ ]

 *B.  If your answer to A is yes, describe the lawsuit in the space below. (If there
      is more than one lawsuit, describe the additional lawsuits on another piece of
      paper, using the same outline).

      1. Parties to this previous lawsuit

         Plaintiffs _See Computer Printout_

         Defendants _See Computer Printout_

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*This is an imminent danger exception case

2. Court (if federal court, name the district; if state court, name the county) D.Del 3rd Cir

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? Filed Imminent Danger Exceptions.

2. What was the result? Denied.

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

1. What steps did you take? Told Lt. Salas, wrote Deputy Warden Z. Burris.

2. What was the result? No Reply.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff ___Ronald E. Proctor Jr.___

   Address ___DCC MHU.___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant ___C/O Coventry___ is employed as ___Guard___
   ___DCC MHU___ at ___DCC Smyrna___

C. Additional Defendants ___Sgt W. Faust (Shift)___
   ___Lt. Salas___
   ___Lt. John Doe I___
   ___Brian Engram *___

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Upon leaving C. Teir C/O Coventry, said "Put in 2nd gear Proctor," was said to start instigate a response and conductive of harassing every day now since 8-9-04 C/O's on 12-8 have started incidents that are intended to provoke and start altercations and I have notified Lt. 12-8 Lt. 8-4 (Lt Salas) and filed a 42 U.S.C. §1983 and two previous emgr grievances. And I've told C/O's Grisdale Sgt. W. Faust C/O Shaw that I am reporting everything they say or do or do to me.

As I left the teir and went past the mail box out into the alcove area as I passed through the above are

*Amended to include non access to court since 2-3-05

(cri file)
#1442A)

C/O Coverdale Yelled where are you going with the /s/tre Proctor, As I took 3 stepping motions to spit out the water/toothpaste in my mouth C/O Coverdale had advanced his ~~the~~ saying into a threat:

"Oh So you don't want to answer me, Huh, You fuckin Asshole"

As he said this, I turned out-side, the final above door and spit out my toothpaste + water so I could speak As I turned C/O Coventry ~~strike~~ STRIKE me on my right side of my chest area turning me and then ~~strike~~ me into my chest with both hands ~~strike~~ striking me with enough force that drove me into the Fence Area, As he did this I had the letter and I still was saying closely.

"This is a Grievance Issue And I'm taking it up to the Control to Cpl. Robinson As I did the other day."

# 1142(A)  Cont. #3

At this point this C/O still tried to take this letter clearly marked.

"E. Burris (ONLY)"

Given to Cpl. Robinson on 8-17-04 @ 5:30 AM

upon snatching the letter out of my hand with further force C/O Coventry did then read it and saw the above was NOT MAIL.

"That was when I took a step saying"

"I'm going to report all your asses to the Lt."

Sgt W. Faust then struck my middle chest area with enough force that caused me alarm I then clearly said.....

"Get your hand out of my chest now."

#1,142A          TONEY A.

As I moved back to get away from this C/O he again took his fist and struck me again, in the chest area, causing me alarm and injury to my person. I again stepped back saying:

"<u>Get</u> away from me you <u>Get</u> you hand-out of my <u>Chest Now</u>,"....

As I stepped back I again said I'm going up and report you to the Capt. J.T., <u>You</u> can bet your ass on that, you fucking ass hol<u>es</u>, your lead-up to this the past week you intended to start something and then assault me, I've reported everything you've done and said the past week.

Then as I turned C/O Country took his left fore arm and came at me Sgt Faust was in the way and upon hitting me the first time, I stepped back trying to gain my footing

Sgt Faust Said --- AS AN EXCITED UTTERANCE
"YOU GOT A MAJOR for Disorderly and Threatening Behavior. YOU CAME AT MY C/O*"

AS I AGAIN, TRIED TO STAND. And get my footing, Sgt Faust, Said

"Send, him back to his Cell NOW, TAKE him BACK."......

I THEN Clearly Said ---

"The fucking letter WAS Evidence And YOU (C/O COVENTRY) Said Threw, IT IN The mail Box I'm going to Report That TO. Sure Come on Take me to my Cell You fuck-Boys It what You've Intended To do All Week Now And I'm going TO Report That Also.

---

*NOTE IN DR. REPORT This IS NOT Said!

# 1142(A)     (cont. 6)

As I walked back to the cell both C/O's walked fast and tried to make body contact in order to start another altercation.

As I got to my cell C/O Coventry said...

"Have a nice day asshole tomorrow I got that some thing for you."

As I locked in C/O Coventry was trying to allow more contact so he could start more and I grabbed my door and slammed it closed.

15 mins later, all I/m's returned and inmates Will Rogers, Kevin Wilson and other I/m's started saying...

"Yo we saw what that C/O did to you are you ok..."

"14th CONT."

I took down their names. My cell door did not open with other cells. And when C/O Coventry came up to my cell he said, in reply to a statement by Brandon Ayers,

<u>Gettin' "Tired of his Bullshit."</u>

And as he opened the door I clearly told this C/O.

"I'm going to report to the Captain up-front and I'm going to press charges on you fuck boy and the day I get out I'm going to be in that parking lot and sure as it's lived here for 35 yrs me and you are going off State property to dead-man's curve or to the marsh and I'll get to finish you fuck-boy assault you just did to me . . . . "

Coventry Said

"You had your chance out-there ain't no body scared of you... You HAD your Chance!"

I said:

YEA: You piece of Shit you Think I'm / Fucking MiN. I'm going To do Shit Ti you here oN State Property Your Fucking Crazy This is your World right now Fuck-Boy You see, I'm going count every fucking day you piece of Shit M.Fer., MARK my words M.Fer you'll SEE.

As he slammed the door he said I got this Some Thing For you Tomorrow And I'm going To write down All your Threats.

11/14/01 c/o F.

As he left of the tier I said...

"Keep it up f- boy you'll see mark my f- words believe that!"

40 mins later, c/o Coventry opened my foot flap and pushed a styro-foam tray in saying:...

"Here fuck boy I had this made just for youuuuuu!"

I noticed tray was not wrapped tight and left it there to allow a Lt. to see it. open it up.

---

\* I and
C/O Harvey opened tray in my presence and nothing was done to the food.

AT 8:10 AM I reported T C/o woods And pass a Emer. Medical Grievance/SickCall SIP.

And AT

9:10 am Lt C. Harvey Brought ms a write-up #1142(B) B-1 B-2 B-3- B-4 I showed Lt C. Harkey TRAY And we did write-up And I went TC medical wers I stated my Injuries. (NO Pictures were Taken)

MT.____ Said Lts And Dr Brown would Bs here Soon.

AT 2:00 pm. Dr Brown Refused To order Order Medical Care. And from date of Incident 8-17-04 To 8-20-04 mailing 'No' Emergency medical care was provide That Dr Brown ordered

1012030
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

Disciplinary Type: Class1     Housing Unit: Bldg 21     IR#: 1014741

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | 21 | 08/17/2004 | 05:20 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order, 2.10/200.2 Lying, Disorderly behavior, Disrespect to staff. Making any personal threats to staff.

Witnesses: 1. N/A  FALSE ST. G---  2. N/A C/O →     3. N/A

### Description of Alleged Violation(s)

As If On Above Date As We Were Running C Tier To Chow I/M Ronald Proctor #163750 Came Out Wiht Some Mail Attached To Hi Shirt Pocket. I/M Has Been Warned Many Times Inthe Past That Nothing Is To Leave The Building Except A Instutional Grievance O The 12 To 8 Shift. As I/M Proctor Passed By The Mailbox He Was Asked By Me C/O Coventry What Are You Trying To Take Out C The Building Now. Proctor Failed To Respond So He Was Asked Again And He Mumbled Something Under His Breath And Wave His Arm At Me As If He Was Dismissing Me And Kept Walking. I/M Was At This Time Ordered By Me To Stop And Show Me Wha He Had. I/M Refused Said Order. I/M Was Ordered To Give Me What He Had So It Could Be Inspcted And Again He Refused. At Thi Time C/O/ S. Ettinger Stepped In To Assist If Needed And I Went To Take The Item From Proctor.As I Reached Out And Grabbed H Arm To Stop Him And Get Said Item He Jercked His Arm From Me And Stated " Get Off Of Me You No Good Mother Fucker" Sg Faust Saw I/M Proctor Was Causing A Problem And Came To Assist Also. Proctor Was Pushed Up Against The Fencing And Iter Was Removed From Him As He Continued To Resist Giving It Up For Inspection. Sgt Faust Ordered Him More Than Once To Sto Resisting And Comply With The Officers Order. Proctor Started With More Profanity And Also Threats. Proctor Stated "You Fucke With The Wrong One Now, I Can Make A Phone Call And Have You Taken Out. When I Get Out I Will Come Looking For You An You Will End Up At Dead Mans Curve Or Dead Mans Lake " Stg Faust Ordered Us To Take I/M Proctor And Secure Him In His Ce And As We Escourted Him Twards It He Continued With The Threats And Profanity Untill He Was Secured In His Cell.

Reporting Officer: Coventry, George (Booking/Receiving Room Officer)

### Immediate Action Taken

Immediate action taken by: Coventry, George -Booking/Receiving Room Officer
1) Ir And Dr Forms Completed, 2) Mhu Area Lt. Notified Of Write Up.

### Offender Disposition Details

Disposition: N/A     Date: N/A     Time: N/A     Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

### Approval Information

Approved: ☐     Disapproved: ☐     Approved By: ()
Comments: N/A

### Shift Supervisor Details

Date Received:     Time:     Received From: __

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

, ()

Page 1 of 2

1012030

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

Disciplinary Type: Class1    Housing Unit: Bldg 21    IR#: 1014741

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____    **Offender:** _____
Proctor, Ronald E J

DR # 1012030

#11426-3

Date: 6/17/2004

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: Proctor Donald   SBI#: 00 163750   Housing Unit: MHU 21

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

    How do you plead?  ☐ Guilty   ☑ Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Written Reprimand.
    b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days**.

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days**.
    b. Confinement to assigned quarters for a period of time not to exceed 30 days.
    c. Isolation confinement for a period of time not to exceed 15 days.
    d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?   ☐ Yes   ☑ No    Name of Counsel: self

7. Confront accuser?    ☑ Yes   ☐ No

8. Witness requested?   ☑ Yes   ☐ No    Name of Witness: Kevin Wilson, Brendan Ayers, Will Rogers

I certify that on 6/17/04 at 0910.
 (Date)    (Time)

I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)

I have received copies of 122 & 127 and understand my rights as Form #127 has been read to me.

_____
(Inmate's Signature)

Page 1

Form 127: May 30, 2003   DACS

**INMATE ACQUIRED OR CONFISCATED PROPERTY**

INMATE NAME: PROCTOR RONALD                         SBI#: 00163750
HOUSING UNIT: MHU AT C&G    DATE: 8/1/04    TIME: 0520

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|-----------------------------|
| 1    | Letter or Mail         |       | 1        | FAIR                        |

Officer's Name (Print Clearly): George Coventry     Shift: 12-8     Officer's Signature Who Inventoried Property: [signature]
Supervisor's Name (Print Clearly): John Barlow      Shift: 12-8     Supervisor's Signature Reviewing Inventory: [signature]

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)     (Person Receiving Property)     Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)     (Person Receiving Property)     Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)        (Time)     (Person Receiving Property)     Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property    FORM# 537-A

Delaware Department of Correction
Health Care Services Fee Sheet

========================================================================

Inmate Name _____  SBI # _____
                (Last, First MI)

Facility _____  Date _____

    ___ Chargeable Visit                                                           $4.00
    ✓ Non Chargeable Visit                                                -0-
    ___ Medication Handling Fee ($2.00 X ____ )         $_____

       **Total Amount Charged To Inmate Account**       $_____

Health Care Staff Signature: _____

========================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: _____

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C.Copay 96Homm.4)

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

T.R.O. — on Medical And Contact w/Guard Coverage $100,000⁰⁰ for Personal Injuries And $100⁰⁰ from All Respondent Officers Who failure Cause This to Become Imminent Danger Excepted And failure to Protect.

Signed this 18 day of August 2004



_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8-18-04
Date

_____
(Signature of Plaintiff)

9-4-05

SEP 1 0 2005

