IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1243-JJF |
| | ) |
| C/O G. COVENTRY, SGT. W. FAUST, LT. SALAS, LT. JOHN DOE I, DR. BROWN, BRIAN ENGREM; | ) ) ) ) ) |
| | ) |
| Defendant(s). | ) |

### SUPPLEMENTAL SERVICE ORDER

WHEREAS, Plaintiff filed an Amended Complaint (D.I. 16) under Rule 15(a) which permits a party to amend the party's pleading once as a matter of course before a responsive pleading is served;

WHEREAS, Plaintiff has already filed the required 285 Forms for each Defendant named in this action, and the Clerk has added Brian Engrem as a Defendant in this case;

NOW THEREFORE, IT IS HEREBY ORDERED this 3 day of October 2005, that:

    1.    The Clerk of the Court shall cause a copy of this order to be mailed to the plaintiff.

    2.    The United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the amended complaint (D.I. 16), this order, a "Notice of Lawsuit" form, the filing fee order(s),

and a "Return of Waiver" form upon each of the defendants so identified in each 285 form.

    3.   Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    4.   Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint (D.I. 2), the amended complaint (D.I. 16), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form are sent.  If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    5.   No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.  The clerk is instructed not

to accept any such document unless accompanied by proof of service.

                                                                                              _____
                                                                           UNITED STATES DISTRICT JUDGE