## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1243-JJF |
| | ) | |
| C/O COVENTRY, SGT FAUST, | ) | |
| LT. SALAS, LT. JOHN DOE I, | ) | |
| DR. BROWN, BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants George Coventry, William Faust, John Salas and Brian Engrem. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: OCTOBER 25, 2005

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 25, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

    Ronald Proctor
    SBI # 163750
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Lisa Barchi
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us