| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1014741 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 08/17/2004    **Time:** 05:20    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012028
**Associated Disciplinary Report #(s):** 1012029
**Associated Disciplinary Report #(s):** 1012030

**Incident Location:** 21
**Location Description:** FRONT CORRIDOR

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.05 Disrespect
2.06/200.108 Failing to Obey an Order
Disorderly behavior
Disrespect to staff. Making any personal threats to staff.

**Description of Incident:**
ON ABOVE DATE AS WE WERE RUNNING C TIER TO CHOW I/M RONALD PROCTOR #163750 CAME OUT WITH SOME MAIL ATTACHED TO HIS SHIRT POCKET. I/M HAS BEEN WARNED MANY TIMES IN THE PAST THAT NOTHING IS TO LEAVE THE BUILDING EXCEPT AN INSTITUTIONAL GRIEVANCE ON THE 12 TO 8 SHIFT. AS I/M PROCTOR PASSED BY THE MAILBOX HE WAS ASKED BY ME C/O COVENTRY WHAT ARE YOU TRYING TO TAKE OUT OF THE BUILDING NOW. PROCTOR FAILED TO RESPOND SO HE WAS ASKED AGAIN AND HE MUMBLED SOMETHING UNDER HIS BREATH AND WAVED HIS ARM AT ME AS IF HE WAS DISMISSING ME AND KEPT WALKING. I/M WAS AT THIS TIME ORDERED BY ME TO STOP AND SHOW ME WHAT HE HAD. I/M REFUSED SAID ORDER. I/M WAS ORDERED TO GIVE ME WHAT HE HAD SO IT COULD BE INSPECTED AND AGAIN HE REFUSED. AT THIS TIME C/O/ S. ETTINGER STEPPED IN TO ASSIST IF NEEDED AND I WENT TO TAKE THE ITEM FROM PROCTOR. AS I REACHED OUT AND GRABBED HIS ARM TO STOP HIM AND GET SAID ITEM HE JERKED HIS ARM FROM ME AND STATED " GET OFF OF ME YOU NO GOOD MOTHER FUCKER" SGT. FAUST SAW I/M PROCTOR WAS CAUSING A PROBLEM AND CAME TO ASSIST ALSO. PROCTOR WAS PUSHED UP AGAINST THE FENCING AND ITEM WAS REMOVED FROM HIM AS HE CONTINUED TO RESIST GIVING IT UP FOR INSPECTION. SGT FAUST ORDERED HIM MORE THAN ONCE TO STOP RESISTING AND COMPLY WITH THE OFFICERS ORDER. PROCTOR STARTED WITH MORE PROFANITY AND ALSO THREATS. PROCTOR STATED "YOU FUCKED WITH THE WRONG ONE NOW, I CAN MAKE A PHONE CALL AND HAVE YOU TAKEN OUT. WHEN I GET OUT I WILL COME LOOKING FOR YOU AND YOU WILL END UP AT DEAD MANS CURVE OR DEAD MANS LAKE " SGT FAUST ORDERED US TO TAKE I/M PROCTOR AND SECURE HIM IN HIS CELL AND AS WE ESCORTED HIM TOWARDS IT HE CONTINUED WITH THE THREATS AND PROFANITY UNTILL HE WAS SECURED IN HIS CELL.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** 1 letter    **Date Collected:** 08/17/2004
**Discovered By:** George, C/O Coventry    **Secured By:** George, C/O Coventry

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
1) Ir and DR forms completed, 2) 537 completed, 3) MHU Lt. Notified of situation.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Staff | William, Faust G Jr | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Scott, Ettinger C | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Coventry, George (Booking/Receiving Room    **Entered By:** Coventry, George (Booking/Receiving Room

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
| --- | --- | --- |
| 1014741 | **Smyrna Landing Road** <br> **SMYRNA DE, 19977** <br> Phone#: 302-653-9261 | |

## INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 08/17/2004    **Time:** 05:20    **Confidential:** No

Officer)                                                            Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/17/2004  **Approved by:** Reynolds, Kirk  (Shift Commander - Large Inst.)

**Comments:** Inmate refered to MAB.

| Incident# 1014743 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 11/08/2005 |
|---|---|---|

# INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 08/17/2004  **Time:** 05:20  **Confidential:** No

**Facility:** DCC Delaware Correctional Center  **Followup Required:** No
**Incident Location:** Bldg.21 C Tier
**Location Description:** Inmate Proctor was in route to Am CHow.

**Violated Conditions:** 2.05 Disrespect
1.06/200.203 Disorderly or Threatening Behavior
2.06/200.108 Failing to Obey an Order
2.10/200.213 Lying
Disorderly behavior
Disrespect to staff. Making any personal threats to staff.

**Description of Incident:**
On the above date and time I, Sgt. Faust, William was working as the Rover during AM chow. C Tier was coming up and I was in the walk way monitoring the inmates coming to AM chow.

I heard a commotion and I turned around and saw C/O Coventry and C/O Ettinger having problems with inmate Proctor, Ronald. I heard C/O Coventry ask what inmnate Proctor had in his hand. Inmate Proctor raised his hand over his head to keep what appeared to be a letter out of the reach of C/O Coventry. Inmate Proctor was not compling to any order and when I got to the location we placed him against the fence and removed the letter from his hand. Proctor was yelling statements like , " Fuck you guys and wait until I get on the phone I will fix you and the Captain will take care of you!"

Note: Inmate Proctor was informed before nothing goes up to chow except legal paperwork for court or Grievance to be filed. Inmate Proctor in the past days has continued tried to take items to the chow how and was informed the next time this situation occured he would be written up.

Inmate Proctor would not listen to any orders and became more verbally abusive to staff, therefore I order C/O Coventrry and C/O Ettinger to escort inmate Proctor back to his cell.

As per policy inmate Proctor was feed in.

This is the end of my report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| , N/A | No | No Injuries Were Visable. |

**Evidence Type:** 1 - Letter  **Date Collected:** 08/17/2004
**Discovered By:** George, C/O Coventry  **Secured By:** George, C/O Coventry

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** none- inmate Proctor was escorted by officers and no restraints were needed.

**Immediate Action Taken:**
1) Ir formed filled out, 2) MHU area Lt. was notified of situation,3) 537 form was completed, 4) inmate Proctor was feed in as pe policy.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Staff | Scott, Ettinger C | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |
| Staff | William, Faust G Jr | N/A | Correctional Officer |

| Incident# | DCC  Delaware Correctional Center | Date: 11/08/2005 |
| --- | --- | --- |
| 1014743 | Smyrna Landing Road | |
| | **SMYRNA DE, 19977** | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A   **Type:** Inmate Involved   **Incident Date:** 08/17/2004   **Time:** 05:20   **Confidential:** No

**Reporting Officer:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)   **Entered By:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)

## Approval Information

[X] Approved   [ ] Disapproved   **Date:** 08/17/2004   **Approved by:** Belanger, Joseph   (Shift Commander - Large Inst.)

**Comments:** This report has been referred to Lt. Paul Harvey so that he can determine if the letter/paper was confiscated from I/M Ronald Proctor.  If so, what contents did the letter/paper have and why was it necessary for I/M Proctor to keep it from staff.

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Proctor, Ronald          SBI#: 00163750
HOUSING UNIT: MHU 21 C46   DATE: 8/1/04   TIME: 0520

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 1    | Letter or Mail         |       | 1        | Fair                       |

George Coventry         12-8          [signature: Henry ...]
Officer's Name (Print Clearly)   Shift    Officer's Signature Who Inventoried Property

John Barlow             12-8          [signature: J. Barlow]
Supervisor's Name (Print Clearly)  Shift   Supervisor's Signature Reviewing Inventory

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:
_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)  (Date)   (Time)   (Person Receiving Property)   Unit

Revised: 4/01/03   ** S- State Property   P- Personal Property         FORM# 537-A