# INTERDISCIPLINARY PROGRESS NOTES

NOTES SHOULD BE SIGNED WITH NAME AND TITLE

| DATE | TIME | | |
|---|---|---|---|
| 8/17/04 | 0930 | | I/M seen by medical c̄ c/o pain in left hip. I/M rates pain as 4 on a 0-10 pain scale. Ø swelling noted. Ø signs of bruising. I/M is able to ambulate c̄ slight limp. I/M is able to turn from side to side at the waist. I/M is able to squat. I/M advised to rest and administer self medication of 800mg motrin q6hrs as needed for pain. I/M's condition reported to Dr. Brown. Ellen Tinley RN |

NAME—Last: Peacture, First: Ronald  Middle:    Attending Physician: 915158   Record No.: 163750   Room/Bed:

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse