## INTERDISCIPLINARY PROGRESS NOTES

DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE

9/3/04 — Dcc Med — S - multiple c/o. L hip, L & R leg cramps. occ. diarrhea. "I want my teds". "I want eyeglasses case" "I need T.gel"
O - In NAD. No gait abnormality. skin warm + dry. Some varicosities noted B lower calf. xRay of hip
A. In NAD c multiple non-urgent c/o.
P - No Rx. will re-order B/W.
  — B. Burum (signature)

DCC DATE: 9/24/04  TIME: ___
BP 150/100    P 66
T 96.2    R 18
WT 180

(S) pt. seen & c/o of not getting his meds & NSC not giving him the correct meds. pt. also c/o dysuria, urgency & occass. abd pain ⊕ fever ⊖ nocturia. Also pt. c/o L hip pain & wants his Soma.
(O) Gen - NAD
    Ext - WNL, gait - WNL
    ABD - Benign     Back ⊖ CVAT
(A/P:) 1. Dysuria   2. L hip pain
  - reassured pt. I will speak c NSC so he gets his meds
  - ✓ UA dipstick
  - d/w pt. xray results L hip + R LE → WNL
  - Motrin PRN
              — (signature)

NAME - Last: Proctor  First: Ronald  Middle: ___  Attending Physician: 91558  Record No.: 76375  Room/Bed: ___

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse