Delaware Department of Correction - Incident Query Screen

Delaware Department of Correction - Incident Query Screen Report Created on Tuesday November 8, 2005 10:50

| Incident # | Grp # | Incident Date | Status |
|---|---|---|---|
| 1013368 | | 07/02/2004 | Approved |
| 1013371 | | 07/02/2004 | Disapproved |
| 1013424 | | 07/04/2004 | Approved |
| 1013580 | | 07/10/2004 | Approved |
| 1013620 | | 07/11/2004 | Approved |
| 1014211 | | 07/31/2004 | Approved |
| 1014344 | | 08/02/2004 | Approved |
| 1014510 | | 08/09/2004 | Approved |
| 1014651 | | 08/13/2004 | Approved |
| 1014741 | | 08/17/2004 | Approved |
| 1014743 | | 08/17/2004 | Approved |
| 1014804 | | 08/19/2004 | Approved |
| 1015113 | | 08/28/2004 | Approved |
| 1015345 | | 09/05/2004 | Approved |
| 1015355 | | 09/06/2004 | Approved |
| 1015356 | | 09/06/2004 | Approved |
| 1015368 | | 09/06/2004 | Approved |
| 1015445 | | 09/09/2004 | Approved |

Proctor