| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1014344 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

**Group#:** N/A  **Type:** FYI  **Incident Date:** 08/02/2004  **Time:** 14:48  **Confidential:** No

**Facility:** DCC Delaware Correctional Center   **Followup Required:** No
**Incident Location:** Bldg.24 Law Library
**Location Description:** Booth#8 M.H.U. LAW LIBRARY

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.01/200.105 Abuse of Privileges

**Description of Incident:**
On above date and time while I/M Ronald Proctor and six (6) other inmates were in M.H.U. Law Library Ronald Proctor was being loud and disorderly by yelling across the room to inmates on the other side of the law library. Ronald Proctor had been warned about this on prior occasions as well as several times during this scheduled appointment time by Paralegal Martin. One of the other inmates also told inmate Proctor to be quiet and sit down. I paralegal Martin called the building Lieutenant; Lt. Salas to come and remove inmate Proctor for being disruptive to staff and inmates in the law library. Lt. Salas removed inmate Proctor at 1450 and escorted him back to building #21. Law library appointments end at 1500 hrs.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A   **Date Collected:** N/A
**Discovered By:** N/A   **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Timothy, Martin | N/A | Librarian |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Martin, Timothy (Librarian)   **Entered By:** Martin, Timothy (Librarian)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/05/2004  **Approved by:** Reynolds, Kirk (Shift Commander - Large Inst.)
**Comments:** N/A

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1014510 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 08/09/2004    **Time:** 06:30    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s):** 1011828

**Incident Location:** Bldg.24 Chow Hall B

**Location Description:** Occurred in Hallway leading to B Chow Hall.

**Violated Conditions:** 2.11/200.102 Off Limits
2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On the above date and time I, Sgt. Faust, William was working as the Rover outside the chow halls. Inmate Proctor, Ronald from MHU 21, C tier wanted me to sign off on two pay to's for legal mail.

I informed him not at this time and I would handle it after chow was done. This was not good enough for him. Once he had the two items that need-ed to be sign off he went over to 24 control flap and place the items inside for the pod officer to do. I again removed the two letters and handed them back and told inmate Proctor that this was chow time and this matter would be handle after chow by me.

I ordered him to B Chow hall and he disregarded my order and walked into A Chow Hall to speak to the Lt. Barlow about his legal mail and the pay to's that needed to be signed off. Lt. Barlow told him this was not the time and that Sgt. Faust would handle this situation after chow.

Briefly after entering B Chow Hall inmate Procter walked out to complain to the Lt. Barlow. I called building number 21 to have officer come up and return inmate Proctor to his cell.

Note: Inmate Proctor was given a feed in tray as per policy and his pay to's were taken care of by me after chow.

Inmate Proctor was notified he had a 24 hour L.O.A.P. for his above actions.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | No | None |

**Evidence Type:** N/A    **Date Collected:** N/A
**Discovered By:** N/A    **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
1) Ir and Dr reports were completed, 2) MHU area Lt. was notified of write up, 3) Inmate was also advised of 24 hour L.O.A.P by me.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | William, Faust G Jr | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)    **Entered By:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved    **Date:** 08/11/2004    **Approved by:** Scarborough, James    (Shift Commander - Large Inst.)
**Comments:** N/A

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1014651 | Smyrna Landing Road **SMYRNA DE, 19977** Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 08/13/2004  **Time:** 11:27  **Confidential:** No

**Facility:** DCC Delaware Correctional Center  **Followup Required:** No

**Associated Disciplinary Report #(s):** 1011958

**Incident Location:** Bldg.21 B Tier

**Location Description:** slider to B tier in bldg 24

**Violated Conditions:** 2.06/200.108 Failing to Obey an Order
2.11/200.102 Off Limits

**Description of Incident:**
On August 13, 2004 at approximately 1127 hours C wing in building 21 was returning from chow. At that time I C/O Wood, James observed I/M Proctor, Ronald sbi#163750 walk around to B tier in the opposite direction of his tier. At that time I/M Proctor stopped at B tier and was holding a conversation with several inmates on B tier that were staged for chow. I/M Proctor knows that this is in violation of MHU housing rules. I/M Proctor was informed that he is on a 24 LOAP. EOR

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
I/M Locked in and informed he is on 24LOAP

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | James, Wood C | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Wood, James C (Correctional Officer)  **Entered By:** Wood, James C (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/19/2004  **Approved by:** Belanger, Joseph (Shift Commander - Large Inst.)
**Comments:** I/M Ronald Proctor received a 24-LOAP as a result of this infraction.