| Disciplinary# | DCC, Delaware Correctional Center | | Date: 08/28/2004 |
|---|---|---|---|
| 1012348 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | | 24 HOUR |

## DISCIPLINARY REPORT

**Disciplinary Type:** Summary    **Housing Unit:** Bldg 21    **IR#:** 1015113

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | Bldg.22 C Tier | 08/28/2004 | 16:15 |

**Violations:** 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A      2. N/A      3. N/A

### Description of Alleged Violation(s)

On The Above Date At The Approximate Time, C/O William Kuschel Was Conducting A Tier Check In Mhu 21 On C Wing When Observed That I/M Protor Had His Cell Light Covered Or Partially Covered With Material And/Or His Window Covered Or Partial Covered With Material: Cl6 I/M Proctor, Ronald Sbi# 163750. General Note, This Has Been A Reoccurring Problem.

**Reporting Officer:** Kuschel, William J (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Kuschel, William J -Correctional Officer

Ordered I/M To Remove Material From Window And/Or Lights. Wrote 24 Hr. Loap

### Offender Disposition Details

**Disposition:** N/A        **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☒    **Disapproved:** ☐    **Approved By:** Belanger, Joseph (Shift Commander - Large Inst.)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 08/28/2004    **Time:** 22:23    **Received From:** _____

**Shift Supervisor Determination:**

[X] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _24_ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Belanger, Joseph (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____    **Offender:** _____
             Belanger, Joseph                                Proctor, Ronald E J

**Page 1 of 1**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/31/2004

# SUMMARY DISCIPLINARY REPORT

**The following sanctions were imposed by Summary Disciplinary Action on the indicated:**

**Offender Name:** PROCTOR, RONALD E J                         **SBI#:** 00163750

**Institution** : DCC Delaware Correctional Center      **Location:** Bldg.22 C Tier

**Sanction Start Date:**        **Time:**               **End Date:**         **Time:**

**Violation Description:** 036. 2.06/200.108 Failing to Obey an Order

**Sanctions Imposed:** Loss of All Privileges/24 Hrs


**INMATE'S SIGNATURE**
PROCTOR, RONALD E J

**STAFF WITNESS' SIGNATURE**
Kuschel, William J

| Disciplinary# | DCC  Delaware Correctional Center | Date: 12/15/2005 |
|---|---|---|
| 1012083 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

# DISCIPLINARY REPORT

Disciplinary Type: Class1        Housing Unit: Bldg 17        IR#: 1014804

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | 21 | 08/19/2004 | 06:00 |

Violations: 2.01/200.105 Abuse of Privileges, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband, 2.14 Unauthorized Communication

Witnesses: 1. N/A        2. N/A        3. N/A

### Description of Alleged Violation(s)

On Above Date I/M Ronald Proctor # 00163750 Was Departing Bldg 21 For Breakfast And Had Numerous Letters In His Hand That H Dropped In The Mailbox. I, C/O George Coventry When Emptying The Mail Found That Some Mail Had Been Taped Closed, Which I Not Authorised Since It Is Contraband, And Was Being Sent To Another Inmate By I/M Proctor Which Has To Be Approved And Wa Not. Item Was Confiscated And Placed In An Evidence Bag And A #537 And Write Up Were Completed

Reporting Officer: Coventry, George (Booking/Receiving Room Officer)

### Immediate Action Taken

Immediate action taken by: Coventry, George - Booking/Receiving Room Officer

404 Submitted, Area L/T Notified. Evidence Secured In Evidence Bag And Attached To A #537

### Offender Disposition Details

Disposition: N/A        Date: N/A        Time: N/A        Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑        Disapproved: ☐        Approved By: Reynolds, Kirk (Shift Commander - Large Inst.)

Comments: Inmate Referred To Mab

### Shift Supervisor Details

Date Received:        Time:        Received From: ___

Shift Supervisor Determination:

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours not to exceed 24 hours)

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Reynolds, Kirk (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____        Offender: _____

Proctor, Ronald E J

| Incident# | DCC Delaware Correctional Center | Date: 12/15/2005 |
|---|---|---|
| 1014804 | Smyrna Landing Road | |
| | SMYRNA DE. 19977 | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 08/19/2004    **Time:** 06:00    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012083

**Incident Location:** 21

**Location Description:** front hallway to building

**Violated Conditions:** 2.01/200.105 Abuse of Privileges
2.06/200.108 Failing to Obey an Order
2.13/200.111 Possession of Non-Dangerous Contraband
2.14 Unauthorized Communication
Failing to obey an order/abide by posted regulations and/or assignments.

**Description of Incident:**
ON ABOVE DATE I/M RONALD PROCTOR # 00163750 WAS DEPARTING BLDG 21 FOR BREAKFAST AND HAD NUMEROUS LETTERS IN HIS HAND THAT HE DROPPED IN THE MAILBOX. I, C/O GEORGE COVENTRY WHEN EMPTYING THE MAIL FOUND THAT SOME MAIL HAD BEEN TAPED CLOSED, WHICH IS NOT AUTHORISED SINCE IT IS CONTRABAND, AND WAS BEING SENT TO ANOTHER INMATE BY I/M PROCTOR WHICH HAS TO BE APPROVED AND WAS NOT. ITEM WAS CONFISCATED AND PLACED IN AN EVIDENCE BAG AND A #537 AND WRITE UP WERE COMPLETED

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** LEGAL PAPERS    **Date Collected:** 08/19/2004
**Discovered By:** George, C/O Coventry    **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Coventry, George (Booking/Receiving Room Officer)    **Entered By:** Coventry, George (Booking/Receiving Room Officer)

### Approval Information

[X] Approved  [ ] Disapproved    **Date:** 08/20/2004    **Approved by:** Reynolds, Kirk (Shift Commander - Large Inst.)
**Comments:** I/M referred to MAB

| Disciplinary# 1012030 | DCC Delaware Correctional Center Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | Date: 12/15/2005 |
|---|---|---|

## DISCIPLINARY REPORT

| Disciplinary Type: Class 1 | Housing Unit: Bldg 17 | IR#: 1014741 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | 21 | 08/17/2004 | 05:20 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order, 2.10/200.2' Lying. Disorderly behavior, Disrespect to staff. Making any personal threats to staff.

Witnesses: 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

As If On Above Date As We Were Running C Tier To Chow I/M Ronald Proctor #163750 Came Out Wiht Some Mail Attached To Hi Shirt Pocket. I/M Has Been Warned Many Times Inthe Past That Nothing Is To Leave The Building Except A Instutional Grievance O The 12 To 8 Shift. As I/M Proctor Passed By The Mailbox He Was Asked By Me C/O Coventry What Are You Trying To Take Out C The Building Now. Proctor Failed To Respond So He Was Asked Again And He Mumbled Something Under His Breath And Wave His Arm At Me As If He Was Dismissing Me And Kept Walking. I/M Was At This Time Ordered By Me To Stop And Show Me Wha He Had. I/M Refused Said Order. I/M Was Ordered To Give Me What He Had So It Could Be Inspcted And Again He Refused. At Thi Time C/O/ S. Ettinger Stepped In To Assist If Needed And I Went To Take The Item From Proctor. As I Reached Out And Grabbed Hi Arm To Stop Him And Get Said Item He Jercked His Arm From Me And Stated " Get Off Of Me You No Good Mother Fucker" Sg Faust Saw I/M Proctor Was Causing A Problem And Came To Assist Also. Proctor Was Pushed Up Against The Fencing And Iter Was Removed From Him As He Continued To Resist Giving It Up For Inspection. Sgt Faust Ordered Him More Than Once To Sto Resisting And Comply With The Officers Order. Proctor Started With More Profanity And Also Threats. Proctor Stated "You Fucke With The Wrong One Now, I Can Make A Phone Call And Have You Taken Out. When I Get Out I Will Come Looking For You An You Will End Up At Dead Mans Curve Or Dead Mans Lake " Stg Faust Ordered Us To Take I/M Proctor And Secure Him In His Ce And As We Escourted Him Twards It He Continued With The Threats And Profanity Untill He Was Secured In His Cell.

Reporting Officer: Coventry, George (Booking/Receiving Room Officer)

### Immediate Action Taken

Immediate action taken by: Coventry, George - Booking/Receiving Room Officer

1) Ir And Dr Forms Completed, 2) Mhu Area Lt. Notified Of Write Up.

### Offender Disposition Details

Disposition: N/A        Date: N/A    Time: N/A    Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

### Approval Information

Approved: ☐    Disapproved: ☐    Approved By: ___ ()
Comments: N/A

### Shift Supervisor Details

Date Received:        Time:        Received From: ___

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

, ()

| Incident# | DCC Delaware Correctional Center | Date: 12/15/2005 |
|---|---|---|
| 1014741 | Smyrna Landing Road | |
| | SMYRNA DE. 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

Group#: N/A     Type: Inmate Involved     Incident Date: 08/17/2004     Time: 05:20     Confidential: No

Facility: DCC Delaware Correctional Center     Followup Required: No

Associated Disciplinary Report #(s): 1012028
Associated Disciplinary Report #(s): 1012029
Associated Disciplinary Report #(s): 1012030

Incident Location: 21
Location Description: FRONT CORRIDOR

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
2.05 Disrespect
2.06/200.108 Failing to Obey an Order
Disorderly behavior
Disrespect to staff. Making any personal threats to staff.

Description of Incident:
ON ABOVE DATE AS WE WERE RUNNING C TIER TO CHOW I/M RONALD PROCTOR #163750 CAME OUT WITH SOME MAIL ATTACHED TO HIS SHIRT POCKET. I/M HAS BEEN WARNED MANY TIMES IN THE PAST THAT NOTHING IS TO LEAVE THE BUILDING EXCEPT AN INSTITUTIONAL GRIEVANCE ON THE 12 TO 8 SHIFT. AS I/M PROCTOR PASSED BY THE MAILBOX HE WAS ASKED BY ME C/O COVENTRY WHAT ARE YOU TRYING TO TAKE OUT OF THE BUILDING NOW. PROCTOR FAILED TO RESPOND SO HE WAS ASKED AGAIN AND HE MUMBLED SOMETHING UNDER HIS BREATH AND WAVED HIS ARM AT ME AS IF HE WAS DISMISSING ME AND KEPT WALKING. I/M WAS AT THIS TIME ORDERED BY ME TO STOP AND SHOW ME WHAT HE HAD. I/M REFUSED SAID ORDER. I/M WAS ORDERED TO GIVE ME WHAT HE HAD SO IT COULD BE INSPECTED AND AGAIN HE REFUSED. AT THIS TIME C/O/ S. ETTINGER STEPPED IN TO ASSIST IF NEEDED AND I WENT TO TAKE THE ITEM FROM PROCTOR. AS I REACHED OUT AND GRABBED HIS ARM TO STOP HIM AND GET SAID ITEM HE JERKED HIS ARM FROM ME AND STATED " GET OFF OF ME YOU NO GOOD MOTHER FUCKER" SGT. FAUST SAW I/M PROCTOR WAS CAUSING A PROBLEM AND CAME TO ASSIST ALSO. PROCTOR WAS PUSHED UP AGAINST THE FENCING AND ITEM WAS REMOVED FROM HIM AS HE CONTINUED TO RESIST GIVING IT UP FOR INSPECTION. SGT FAUST ORDERED HIM MORE THAN ONCE TO STOP RESISTING AND COMPLY WITH THE OFFICERS ORDER. PROCTOR STARTED WITH MORE PROFANITY AND ALSO THREATS. PROCTOR STATED "YOU FUCKED WITH THE WRONG ONE NOW, I CAN MAKE A PHONE CALL AND HAVE YOU TAKEN OUT. WHEN I GET OUT I WILL COME LOOKING FOR YOU AND YOU WILL END UP AT DEAD MANS CURVE OR DEAD MANS LAKE " SGT FAUST ORDERED US TO TAKE I/M PROCTOR AND SECURE HIM IN HIS CELL AND AS WE ESCORTED HIM TOWARDS IT HE CONTINUED WITH THE THREATS AND PROFANITY UNTILL HE WAS SECURED IN HIS CELL.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: 1 letter     Date Collected: 08/17/2004
Discovered By: George, C/O Coventry     Secured By: George, C/O Coventry

Type of Force Used: [ ] PHYSICAL   [ ] CHEMICAL   [ ] STUN   [ ] OTHER   [ ] CAPSTUN   [X] NONE
Restraints Used: N/A

Immediate Action Taken:
1) Ir and DR forms completed, 2) 537 completed, 3) MHU Lt. Notified of situation.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Staff | William, Faust G Jr | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Scott, Ettinger C | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

Reporting Officer: Coventry, George (Booking/Receiving Room)     Entered By: Coventry, George (Booking/Receiving Room)

| Disciplinary# | | | |
|---|---|---|---|
| 1011958 | **Delaware Correctional Center**<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | **24 HOUR** | Date: 08/19/2004 |

## DISCIPLINARY REPORT

**Disciplinary Type:** Summary      **Housing Unit:** Bldg 21      **IR#:** 1014651

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | Bldg.21 B Tier | 08/13/2004 | 11:27 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

**Witnesses:** 1. N/A      2. N/A      3. N/A

### Description of Alleged Violation(s)

On August 13, 2004 At Approximately 1127 Hours C Wing In Building 21 Was Returning From Chow. At That Time I C/O Wood, James Observed I/M Proctor, Ronald Sbi#163750 Walk Around To B Tier In The Opposite Direction Of His Tier. At That Time I/M Proctor Stopped At B Tier And Was Holding A Conversation With Several Inmates On B Tier That Were Staged For Chow. I/M Proctor Knows That This Is In Violation Of Mhu Housing Rules. I/M Proctor Was Informed That He Is On A 24 Loap. Eor

**Reporting Officer:** Wood, James C (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Wood, James C -Correctional Officer

I/M Locked In And Informed That He Is On A 24 Loap

### Offender Disposition Details

**Disposition:** N/A      **Date:** N/A      **Time:** N/A      **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑      **Disapproved:** ☐      **Approved By:** Belanger, Joseph (Shift Commander - Large Inst.)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 08/19/2004      **Time:** 08:27      **Received From:** _Wood, James_

**Shift Supervisor Determination:**

[X] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _24_ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Belanger, Joseph (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____      **Offender:** _____
      Belanger, Joseph                                        Proctor, Ronald E J

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 08/20/2004

# SUMMARY DISCIPLINARY REPORT

**The following sanctions were imposed by Summary Disciplinary Action on the indicated:**

**Offender Name:** PROCTOR, RONALD E J     **SBI#:** 00163750

**Institution** : DCC Delaware Correctional Center     **Location:** Bldg.21 B Tier

**Sanction Start Date:**    **Time:**    **End Date:**    **Time:**

**Violation Description:** 036. 2.06/200.108 Failing to Obey an Order
041. 2.11/200.102 Off Limits

**Sanctions Imposed:** Loss of All Privileges/24 Hrs

---

**INMATE'S SIGNATURE**
PROCTOR, RONALD E J

**STAFF WITNESS' SIGNATURE**
Wood, James C

| Disciplinary# | DCC Delaware Correctional Center | Date: 12/15/2005 |
|---|---|---|
| 1011828 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

# DISCIPLINARY REPORT

Disciplinary Type: Class2    Housing Unit: Bldg 17    IR#: 1014510

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00163750 | Proctor, Ronald E J | DCC | Bldg.24 Chow Hall B | 08/09/2004 | 06:30 |

Violations: 2.06/200.108 Failing to Obey an Order, 2.11/200.102 Off Limits

Witnesses: 1. N/A    2. N/A    3. N/A

## Description of Alleged Violation(s)

On The Above Date And Time I, Sgt. Faust, William Was Working As The Rover Outside The Chow Halls. Inmate Proctor, Ronal From Mhu 21, C Tier Wanted Me To Sign Off On Two Pay To'S For Legal Mail.

I Informed Him Not At This Time And I Would Handle It After Chow Was Done. This Was Not Good Enough For Him. Once He Ha The Two Items That Need-Ed To Be Sign Off He Went Over To 24 Control Flap And Place The Items Inside For The Pod Officer To Do I Again Removed The Two Letters And Handed Them Back And Told Inmate Proctor That This Was Chow Time And This Matte Would Be Handle After Chow By Me.

I Ordered Him To B Chow Hall And He Disregarded My Order And Walked Into A Chow Hall To Speak To The Lt. Barlow About Hi Legal Mail And The Pay To'S That Needed To Be Signed Off. Lt. Barlow Told Him This Was Not The Time And That Sgt. Faust Woul Handle This Situation After Chow.

Briefly After Entering B Chow Hall Inmate Procter Walked Out To Complain To The Lt. Barlow. I Called Building Number 21 To Hav Officer Come Up And Return Inmate Proctor To His Cell.

Note: Inmate Proctor Was Given A Feed In Tray As Per Policy And His Pay To'S Were Taken Care Of By Me After Chow.

Inmate Proctor Was Notified He Had A 24 Hour L.O.A. P. For His Above Actions.

Reporting Officer: Faust, William G Jr(Correctional Officer)

## Immediate Action Taken

Immediate action taken by: Faust, William G Jr-Correctional Officer

1) Ir And Dr Forms Were Filled Out, 2) Mhu Area Lt. Was Notified Of Write Up, 3) Inmate Proctor Was Advised He Dad A 24 Hour Loap Write Up For His Actions..

## Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

## Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Scarborough, James (Shift Commander - Large Inst.)
Comments: N/A

## Shift Supervisor Details

Date Received:    Time:    Received From:

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing