| Incident# |
|-----------|
| 1014804 |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 11/08/2005

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 08/19/2004 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC  Delaware Correctional Center                    **Followup Required :** No

**Associated Disciplinary Report #(s):** 1012083

**Incident Location:** 21

**Location Description:** front hallway to building

**Violated Conditions:** 2.01/200.105 Abuse of Privileges
2.06/200.108 Failing to Obey an Order
2.13/200.111 Possession of Non-Dangerous Contraband
2.14 Unauthorized Communication
Failing to obey an order/abide by posted regulations and/or assignments.

**Description of Incident:**
ON ABOVE DATE I/M RONALD PROCTOR # 00163750 WAS DEPARTING BLDG 21 FOR BREAKFAST AND HAD NUMEROUS LETTERS IN HIS HAND THAT HE DROPPED IN THE MAILBOX. I, C/O GEORGE COVENTRY WHEN EMPTYING THE MAIL FOUND THAT SOME MAIL HAD BEEN TAPED CLOSED ,WHICH IS NOT AUTHORISED SINCE IT IS CONTRABAND, AND WAS BEING SENT TO ANOTHER INMATE BY I/M PROCTOR WHICH HAS TO BE APPROVED AND WAS NOT . ITEM WAS CONFISCATED AND PLACED IN AN EVIDENCE BAG AND A #537 AND WRITE UP WERE COMPLETED

| Injured Persons | Hospitalized | Nature Of Injuries | |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** LEGAL PAPERS                    **Date Collected:** 08/19/2004
**Discovered By :** George, C/O Coventry                    **Secured By:** , N/A

**Type of Force Used:** [ ]   PHYSICAL    [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE
**Restraints Used    :** N/A

**Immediate Action Taken:**
N/A

| Individuals Involved | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Coventry, George  (Booking/Receiving Room Officer)        **Entered By:** Coventry, George  (Booking/Receiving Room Officer)

| Approval Information | | | |
|---|---|---|---|

[ X ]  Approved  [ ] Disapproved  **Date:** 08/20/2004  **Approved by:** Reynolds, Kirk   (Shift Commander - Large Inst.)
**Comments:** I/M referred to MAB