| Incident#<br>1015368 | DCC  Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 11/08/2005 |

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 09/06/2004 | Time: 08:45 | Confidential: No |

**Facility:** DCC  Delaware Correctional Center                                                    **Followup Required :** No

**Incident Location:** Bldg.21 Interview Room

**Location Description:**

**Violated Conditions:**

**Description of Incident:**

On 09/06/04 I Lt. Salas, John was called by Sgt. Sullivan, Bob lead worker Mhu 21 housing unit, Concerning inmate Proctor Ronald.  Upon my arrival I spoke to inmate Proctor in the interview room. Inmate Proctor mention that he's been getting inappropriate treatment from Sgt. Faust, William and C/O Coventry, George. Inmate Proctor was offering so much information on how other shift selectively censor inmate mail and that he also have been corresponding I.A. and D/W Burris on C/O Harris' of 12x8 distributional method delivering tobacco and other illegal drugs to inmates. Inmate Proctor had a letter already written and he says that he has had Cpl. Robinson on 12X8 shift drops off letters he had written concerning information on unusual behavior to D/W Burris and or I. A,. all this information is being forwarded via Shift Cmdr.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                                                                    **Date Collected:** N/A

**Discovered By :** N/A                                                        **Secured By:** N/A

**Type of Force Used:** [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE

**Restraints Used     :** N/A

**Immediate Action Taken:**

forwarded incident report

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | John, Salas | N/A | Staff Lt./Lt |
| Staff | Bob, Sullivan | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Salas, John  (Staff Lt./Lt)                    **Entered By:** Salas, John  (Staff Lt./Lt)

## Approval Information

[ X ] Approved [ ] Disapproved  **Date:** 09/06/2004  **Approved by:** Belanger, Joseph   (Shift Commander - Large Inst.)

**Comments:** The letter has been forwarded to Major David Holman.