| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015445 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 09/09/2004 | Time: 07:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center          **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012627

**Incident Location:** B/PT

**Location Description:** Property Room

**Violated Conditions:** /200.101 Unauthorized Use of Property of Another
    2.06/200.108 Failing to Obey an Order
    2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**
On the above time and date I, Corporal Kromka, completed verifying I/M Proctor, Ronald #537 forms and personal property that was considered non-allowable property for SHU housing unit. I discovered that he was in possession of excessive allowable items, other inmates legal work, A Bureau of Prisons Procedure Manual and containers filled with inaproiate contents. This is a direct violation of the inmate housing rules. All paper work, including completed #537 forms listing all property in question, along with the physical evidence will be forwarded to DCC Hearing Office for their appropriate actions.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** Excessive property & contraband          **Date Collected:** 09/09/2004
**Discovered By:** Frank, Kromka  Cpl          **Secured By:** Frank, Kromka  Cpl

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
Major Adjustment Board Write up.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Ronald, Proctor E J | 00163750 | N/A |
| Staff | Frank, Kromka | N/A | Booking/Receiving Room Officer |

**Reporting Officer:** Kromka, Frank  (Booking/Receiving Room Officer)          **Entered By:** Kromka, Frank  (Booking/Receiving Room Officer)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 09/09/2004   **Approved by:** Reynolds, Kirk  (Shift Commander - Large Inst.)
**Comments:** N/A

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015355 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

## INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 09/06/2004  **Time:** 04:30  **Confidential:** No

**Facility:** DCC Delaware Correctional Center  **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012567

**Incident Location:** Bldg.21 C Tier

**Location Description:** at lower 6

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.05 Disrespect
2.06/200.108 Failing to Obey an Order
Disorderly behavior
Disrespect to staff. Making any personal threats to staff.

**Description of Incident:**
ON THE ABOVE DATE AND APPROX. TIME NURSE SHARON CONTINI WAS PASSING MEDS OUT ON 'C' TIER. AS WE REACHED I/M PROCTORS CELL, I OPENED THE CELL FLAP AND SAID MEDS. I/M PROCTOR GOT OUT OF HIS BUNK AND CAME OVER TO GET WHAT THE NURSE HAD FOR HIM, AS I/M PROCTOR HELD HIS HAND OUT HE SAID " YOU GOT ME UP FOR THIS FUCKING SHIT " I TOLD HIM TO STOP TALKING THAT WAY AND I SHUT THE FLAP BEFORE HE COULD DO ANYTHING ELSE DISORDERLY . AS THE NURSE TRYED TO EXPLAIN TO HIM ABOUT THE MEDS HE WAS CALLING HER A " STUPID FUCKING BITCH" AND SAYING " DONT WAKE ME FOR THIS SHIT AGAIN YOU FUCKING ASSHOLE." I HIT THE DOOR WITH MY KEY TO GET I/M PROCTORS ATENTION AND TOLD HIM TO STOP IT AND YOU ARE NOW RECIEVING A MAJOR WRITEUP, FOR DISORDERLY AND THREATENING BEHAVIOR.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
IM WAS ADVISED THAT HE WOULD BE WRITEN UP FOR DISORDERLY BEHAVIOR AND THREATENING BEHAVIOR

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Ronald, Proctor E J | 00163750 | N/A |
| Staff | Scott, Ettinger C | N/A | Correctional Officer |
| Civilian | Sharon, Contini | N/A | N/A |
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |

**Reporting Officer:** Ettinger, Scott C (Correctional Officer)  **Entered By:** Ettinger, Scott C (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 09/06/2004  **Approved by:** Belanger, Joseph  (Shift Commander - Large Inst.)
**Comments:** I/M Ronald Proctor has been referred to the hearing office to anser to charges placed against him.

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015356 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 09/06/2004    **Time:** 06:35    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012568

**Incident Location:** Bldg.21 B Tier

**Location Description:** CL6

**Violated Conditions:** 1.04/200.209 Damage or Destruction of Property (Over $10)
    1.06/200.203 Disorderly or Threatening Behavior
    2.03/200.106 Creating a Health, Safety or Fire Hazard
    2.06/200.108 Failing to Obey an Order
    2.10/200.213 Lying

**Description of Incident:**

On the above date and time, I Sgt. Faust, William was following up on a situation on Inmate Proctor, Ronald. He was written up by me on a MAB write up on the 4- 12 shift on 09/05/04.

During my shake down on 4 -12 I found some items in his cell and questioned him and he stated he was allowed by medical to have a ice bucket, hot packs and ice for his bad side. I did not take these items, but advised him I would check with medical and if he was lying he would be written up on a MAB write up for his actions.

I researched this situation with MHU nurse Sharon Contini, RN and she wrote up a memo stating inmate Proctor has no current order for the items I stated. See attached memo from her dated 09/06/04.

After getting this information I informed MHU area Lt. Barlow of my finding and told him I would be going to inmate's cell in question and confiscated the contraband.

When I got back to the building # 21, myself and C/O Coventry, George went to CL6 and recovered the items in question.

Once we were in the cell I searched and found 2 hot compress bags one new and one old, another homemade clothes line in his locker, one homemade ice bucket made out of a old soap bucket, one small clear bag with a tie on it made out of a sheet, one small clear bag of cheese which was found hidden at the bottom of the ice bucket. Note: Inmate Proctor was written up for 4 clothes lines from 4 - 12 shift by me and the new one I found was in his locker that replaced the one I confiscated. Clothes line was made up from part of a sheet.

When we were returning him to his cell inmate Proctor started with comment like, " Fuck you fag boy, Go suck off your mother and you gay mother fucker." Inmate Proctor once again threaten me with a law suite and that he had Deputy Warden Burriss in his pocket and I would be called up to her office once he got to a phone and I would be in trouble.

This is the end of my report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** 1- clothes line, soap bucket, see 537 form of disposed items    **Date Collected:** 09/06/2004

**Discovered By:** William, Sgt.Faust G    **Secured By:** William, Sgt Faust G

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE

**Restraints Used:** N/A

**Immediate Action Taken:**
1) Ir and Dr forms completed, 2) MHU area Lt. was notified of situation 12 -8, 3) 537 form was completed, 4) Inmate was advis of MAB write up.

**Individuals Involved**

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
| --- | --- | --- |
| 1015356 | **Smyrna Landing Road** | |
| | **SMYRNA DE, 19977** | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

**Group#:** N/A **Type:** Inmate Involved **Incident Date:** 09/06/2004 **Time:** 06:35 **Confidential:** No

| Person Code | Name | SBI# | Title |
| --- | --- | --- | --- |
| Staff | William, Faust G Jr | N/A | Correctional Officer |
| Staff | George, Coventry | N/A | Booking/Receiving Room Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)

**Entered By:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 09/06/2004  **Approved by:** Belanger, Joseph  (Shift Commander - Large Inst.)

**Comments:** I/M Ronald Proctor has been referred to the adjustment board to answer to charges placed against him.  The confiscated items have been submitted to the hearing office.

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015345 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

**Group#:** N/A   **Type:** Inmate Involved   **Incident Date:** 09/05/2004   **Time:** 19:52   **Confidential:** No

**Facility:** DCC Delaware Correctional Center   **Followup Required:** No

**Associated Disciplinary Report #(s):** 1012557

**Incident Location:** Bldg.21 C Tier

**Location Description:** CL6

**Violated Conditions:** 1.04/200.209 Damage or Destruction of Property (Over $10)
  1.06/200.203 Disorderly or Threatening Behavior
  2.03/200.106 Creating a Health, Safety or Fire Hazard
  2.06/200.108 Failing to Obey an Order
  2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

On the above date and time I Sgt. Faust, William and C/O Spriggs Timechia were doing a routine area check and count on C tier when I noticed multiple clothes lines in CL6. For this reason I did a routine shake down.

All the contraband in the cell was the property of Inmate Proctor, Ronald. On the lower bunk there were 2 homemade clothes lines made out of sheets. I also found one home made clothes line wrapped around inmates Proctors mattress. I also found a clothes line inside his locker holding paper work from falling out. Note: found three ice bag clips attached to the clothes lines to help keep them up. Also found one piece of small tape on his bunk.

Under inmate Proctor's bed I found 8 female pictures form magazines attached by tooth paste.

On his bed I found one plum on his TV stand. I also found salt, pepper, syrup and cups from the chow hall which are not allowed to be brought back inside his locker. These items were disposed of.

When returning inmate Proctor to his cell he informed me he was going to put paperwork and a law suite against me.

Lastly, Inmate Proctor was informed he would receive a MAB write up.

This is the end of my report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** 4 - clothes lines, 8 pictures, 1 pc. of tape, 3-4 ice bag clips   **Date Collected:** 09/05/2004
**Discovered By:** William G., Sgt. Faust   **Secured By:** William, Sgt. Faust G

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** hand cuff as per shake down plicey

**Immediate Action Taken:**
1) Incident and Disciplinary forms completed, 2) MHU area Lt. was notified of findings, 3) 537 form was completed, 4) Inmate was notified of MAB write up

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | William, Faust G Jr | N/A | Correctional Officer |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |

**Reporting Officer:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)   **Entered By:** Faust, William G Jr(Co Corporal/Sgt. - Large Inst.)

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
| --- | --- | --- |
| 1015345 | **Smyrna Landing Road** | |
| | **SMYRNA DE, 19977** | |
| | **Phone#: 302-653-9261** | |

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 09/05/2004    **Time:** 19:52    **Confidential:** No

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 09/06/2004   **Approved by:** Belanger, Joseph   (Shift Commander - Large Inst.)

**Comments:** I/M Ronald Proctor has been referred to the adjustment board to answer to charges placed against him. The confiscated property has been forwarded to the hearing office.

| Incident# 1015113 | DCC  Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 11/08/2005 |
|---|---|---|

## INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 08/28/2004    **Time:** 16:15    **Confidential:** No

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                          **Date Collected:** N/A
**Discovered By:** N/A                       **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
Ordered I/M to take down the material covering the lights and/or the exterior windows, wrote 24 hour L.O.A.P.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | William, Kuschel J | N/A | Correctional Officer |
| Inmate | Anthony, Gosnell D | 00296608 | N/A |
| Inmate | Kevin, Hill L | 00280323 | N/A |
| Inmate | Jamie, Long A | 00274613 | N/A |
| Inmate | Freddy, Banks | 00348276 | N/A |
| Inmate | Herman, Thomas P J | 00175542 | N/A |
| Inmate | Deion, Brown L | 00199450 | N/A |
| Inmate | Brandon, Ayers | 00401018 | N/A |
| Inmate | Ronald, Proctor E J | 00163750 | N/A |
| Inmate | Joseph, Constantino | 00387291 | N/A |
| Inmate | Otto, Gibbs | 00348292 | N/A |

**Reporting Officer:** Kuschel, William J (Correctional Officer)      **Entered By:** Kuschel, William J (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/28/2004  **Approved by:** Belanger, Joseph  (Shift Commander - Large Inst.)
**Comments:** All inmates listed in this report have received a 24-LOAP as a result of this infraction.

| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015113 | Smyrna Landing Road | |
| | **SMYRNA DE, 19977** | |
| | **Phone#: 302-653-9261** | |

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 08/28/2004 | Time: 16:15 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center                Followup Required: No

Associated Disciplinary Report #(s): 1012343
Associated Disciplinary Report #(s): 1012344
Associated Disciplinary Report #(s): 1012338
Associated Disciplinary Report #(s): 1012340
Associated Disciplinary Report #(s): 1012342
Associated Disciplinary Report #(s): 1012345
Associated Disciplinary Report #(s): 1012347
Associated Disciplinary Report #(s): 1012348
Associated Disciplinary Report #(s): 1012349
Associated Disciplinary Report #(s): 1012350

Incident Location: Bldg.22 C Tier
Location Description: C Wing cells
Violated Conditions: 2.06/200.108 Failing to Obey an Order

Description of Incident:

On the above date at the approximate time, Officer William Kuschel was conducting a tier check in MHU 21 on C Wing when Officer Kuschel observed that the cells had their lights covered or partially covered with material and/or their windows covered or partially covered with material: CU5 I/M Gibbs, Otto sbi# 248292, I/M Constantino, Joseph sbi#387291; CU8 I/M Gosnell, Anthony sbi# 296608, I/M Hill, Kevin sbi#280323; CU10 I/M Long, Jamie sbi# 274613, I/M Banks, Freddie sbi# 348276; CU11 I/M Thomas, Herman sbi# 175542; CL11 I/M Brown, Deon sbi# 199450; CL6 I/M Ayers, Brandon sbi# 401018, I/M Proctor, Ronald sbi# 163750. This is a reoccurring problem, all Inmates were instructed to remove the items and they will be receiving 24 hr. LOAPs.