# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1243-JJF |
| | ) |
| C/O COVENTRY, SGT FAUST, | ) |
| LT. SALAS, LT. JOHN DOE I, | ) |
| DR. BROWN, BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF BRIAN ENGREM

I, Brian Engrem, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a Paralegal. I have been employed by the Department of Correction for 4 years. My duties include providing legal materials to inmates as requested in the SHU (Security Housing Unit). This information is accessed through Westlaw or from existing files of the SHU Law Library. Also I provide photocopies for legal photocopies and notary service to inmates. I assist with managing and maintaining a file for each inmate of legal requests while housed in the SHU. I have held this position since April 01, 2001.

2. In response to a request from the State of Delaware Department of Justice, I have obtained documentation relating to the frequency of inmate Ronald Proctor's law library usage, the number of uses of the prison's notary, and the frequency and volume of copied pages of legal material provided to Mr. Proctor by the Delaware Correctional Center.

3.  Attached hereto as Exhibit A, is a printed log of Mr. Proctor's Security Housing Unit (SHU) Law Library Requests. It is broken down by dates with a description of the materials and services requested, along with those items received. It was generated by a review of the law library requests documentation. This log shows that during the period between January 1, 2005, through December 14, 2005, Mr. Proctor requested and received SHU law library services approximately 85 times. In addition to the SHU library requests, Mr. Proctor received paralegal assistance to use the Main Law Library, and has obtained the use of the prison notary 17 times. The use of law library facilities, including the use of a notary, is provided to inmates free of charge.

4.  The attached report indicates that Mr. Proctor has been provided at least 3,833 pages of copied legal material from the time period January 1, 2005 through December 14, 2005. This number does not reflect the number of pages of copied case law materials, which have been provided to Mr. Proctor. To the best of my knowledge, Mr. Proctor never received inmate paralegal assistance during the allotted time period. Mr. Proctor is provided the above services free of charge.

5.  Mr. Proctor continues to have access to the above-listed legal resources.

6.  I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Brian Engrem

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14th DAY OF December 2005.

_____
NOTARY

| Inmate Name | SBI | DATE IN | DATE OUT | ITEMS SENT |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 1/11/2005 | 1/13/2005 | Ct. Cases (2) 5pgs.; Sheps.(1) Ct. Case |
| Ronald Proctor | 163750 | 1/11/2005 | 1/13/2005 | Super.Ct.Cr.R.47,61;(1) ODC Compl. Form |
| Ronald Proctor | 163750 | 1/12/2005 | 1/14/2005 | Photocopies !20 pgs.; Cert.Svc(2) |
| Ronald Proctor | 163750 | 1/12/2005 | 1/14/2005 | (2) Not. Mot.; (2) Order Forms |
| Ronald Proctor | 163750 | 1/21/2005 | 1/21/2005 | Memo Re: Photocopies |
| Ronald Proctor | 163750 | 1/25/2005 | 2/1/2005 | Memo Re: Request dated 1/25/05 |
| Ronald Proctor | 138714 | 1/27/2005 | 1/27/2005 | Return Ct. Cases (4) |
| Ronald Proctor | 163750 | 1/27/2005 | 1/27/2005 | Super.Ct.Cv.R.3-4;Super.Ct.IFPForm |
| Ronald Proctor | 163750 | 1/27/2005 | 1/27/2005 | (1)110Pkg.;Praecipe&WritSample |
| Ronald Proctor | 163750 | 1/27/2005 | 1/27/2005 | SixMo.Stmt.Form;Memo Re: Indigent Supply |
| Ronald Proctor | 163750 | 2/2/2005 | 2/4/2005 | (3)Blks.LawDefs;St.Hab.Form;Ct.Case(1)6pg |
| Ronald Proctor | 163750 | 2/2/2005 | 2/4/2005 | 8ALR5th713;Title10s.4001-05,10-11 &Shep. Ea |
| Ronald Proctor | 163750 | 2/2/2005 | 2/4/2005 | Memo Re: Denial of Photocopies |
| Ronald Proctor | 163750 | 2/4/2005 | 2/4/2005 | Title13Index;Fam.Ct.Gen.Mot. |
| Ronald Proctor | 163750 | 2/4/2005 | 2/4/2005 | Pet.Parent.Deter.;Fam.Ct.Mot.Appt.Counsel |
| Ronald Proctor | 163750 | 2/4/2005 | 2/4/2005 | Request for Notary |
| Ronald Proctor | 163750 | 2/7/2005 | 2/7/2005 | Return Title 13 TOC |
| Ronald Proctor | 163750 | 2/7/2005 | 2/8/2005 | Title 13s.111,501,03,04,06,12-13,14-18,628 |
| Ronald Proctor | 163750 | 2/7/2005 | 2/8/2005 | Title13s.629-30,34,40,707,08,21,22,23,24,26 |
| Ronald Proctor | 163750 | 2/7/2005 | 2/8/2005 | Title13s.727,28,29,30,32,2219,2220 |
| Ronald Proctor | 163750 | 2/8/2005 | 2/8/2005 | Return Ct. Case (1) |
| Ronald Proctor | 163750 | 2/8/2005 | 2/11/2005 | Response (See File) |
| Ronald Proctor | 163750 | 2/10/2005 | 2/10/2005 | Photocopies (90pgs); (2) Cv. Cover Sheets |
| Ronald Proctor | 163750 | 2/10/2005 | 2/10/2005 | Request for Notary |
| Ronald Proctor | 163750 | 2/14/2005 | 2/22/2005 | Photocopies (128pgs); HB31; (1) 1983 Form |
| Ronald Proctor | 163750 | 2/14/2005 | 2/22/2005 | (2) Grievance Forms; Fam.Ct.Cv.R's-T.O.C. |
| Ronald Proctor | 163750 | 2/15/2005 | 2/15/2005 | Return Ct.Cases(2); 4 ALR5th273 |
| Ronald Proctor | 163750 | 2/15/2005 | 2/15/2005 | Return 8ALR5th713;80ALR3d1240 |
| Ronald Proctor | 163750 | 2/15/2005 | 2/15/2005 | Return DESCtR.6,11,34,43,102 |
| Ronald Proctor | 163750 | 2/15/2005 | 2/15/2005 | Return Title 10 s.147; Title11s.1252-54 |
| Ronald Proctor | 163750 | 2/15/2005 | 2/22/2005 | Photocopies 69 pgs. |
| Ronald Proctor | 163750 | 2/16/2005 | 2/16/2005 | Return Super.Ct.Cv.R.4;DESCtR.6&Sheps. |
| Ronald Proctor | 163750 | 2/16/2005 | 2/22/2005 | Photocopies 194 pgs. |

| Ronald Proctor | 163750 | 2/17/2005 | 2/17/2005 | Return Ct. Case (1) |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 2/17/2005 | 2/17/2005 | Memo RE: Indigent Supplies |
| Ronald Proctor | 163750 | 2/18/2005 | 2/23/2005 | Return I/M Grievance Procedures |
| Ronald Proctor | 163750 | 2/23/2005 | 2/23/2005 | Return Super.Ct.Cv.R.107&Sheps. |
| Ronald Proctor | 163750 | 2/25/2005 | 2/25/2005 | Return Fam.Ct.CvR's-T.O.C. |
| Ronald Proctor | 163750 | 2/25/2005 | 3/8/2005 | Photocopies-360pgs.;(2)Griev. Forms |
| Ronald Proctor | 163750 | 2/25/2005 | 3/8/2005 | (1)FedCIS;(2)SixMo.Stmt.Form;(1)1983Form |
| Ronald Proctor | 163750 | 2/25/2005 | 3/8/2005 | (8)Summons;(2)Super.Ct.CIS |
| Ronald Proctor | 163750 | 2/25/2005 | 3/8/2005 | (5) Subpoenas; (1) Super.Ct.IFP |
| Ronald Proctor | 163750 | 2/25/2005 | 3/8/2005 | Photocopies - 158 pgs. |
| Ronald Proctor | 163750 | 3/2/2005 | 3/2/2005 | Return Tittle13s.111&628;s.517-18 & Sheps. |
| Ronald Proctor | 163750 | 3/2/2005 | 3/2/2005 | Return Title 13 s.730,32 & Sheps. |
| Ronald Proctor | 163750 | 3/3/2005 | 3/8/2005 | Photocopies - 14 pgs. |
| Ronald Proctor | 163750 | 3/4/2005 | 3/8/2005 | Request for Notary; POA Forms (2) |
| Ronald Proctor | 163750 | 3/4/2005 | 3/8/2005 | Photocopies - 3 pgs. |
| Ronald Proctor | 163750 | 3/8/2005 | 3/15/2005 | Photocopies 372 pgs. |
| Ronald Proctor | 163750 | 3/8/2005 | 3/15/2005 | Photocopies 7 pgs. |
| Ronald Proctor | 163750 | 3/14/2005 | 3/14/2005 | Return Title13s.501,03,04,06,12-16,630,34,40 |
| Ronald Proctor | 163750 | 3/14/2005 | 3/14/2005 | Return Title13s.707,08,21-24,26-29,2219,20 |
| Ronald Proctor | 163750 | 3/15/2005 | 3/15/2005 | Return Title11s.4216;DESCtR30 |
| Ronald Proctor | 163750 | 3/17/2005 | 3/18/2005 | Denial of Photocopies |
| Ronald Proctor | 163750 | 3/17/2005 | 3/18/2005 | I/M needs to use Gen. Req. Form |
| Ronald Proctor | 163750 | 3/21/2005 | 3/22/2005 | (1)PadPaper;InkPen;(3)Envs;pay-to $.93cents |
| Ronald Proctor | 163750 | 3/21/2005 | 3/24/2005 | Photocopies (4pgs) |
| Ronald Proctor | 163750 | 3/28/2005 | 3/29/2005 | Memo Re: Legal Mail |
| Ronald Proctor | 163750 | 3/29/2005 | 3/29/2005 | Photocopies (2pgs) |
| Ronald Proctor | 163750 | 3/30/2005 | 4/1/2005 | Photocopies 115 pgs. |
| Ronald Proctor | 163750 | 3/30/2005 | 4/1/2005 | Photocopies 5 pgs |
| Ronald Proctor | 163750 | 3/31/2005 | 4/1/2005 | Request for Notary; Photocopies 2pgs. |
| Ronald Proctor | 163750 | 4/4/2005 | 4/5/2005 | Photocopies (9pgs); DESCT NotAppl&IFP |
| Ronald Proctor | 163750 | 4/4/2005 | 4/5/2005 | SB61; HB98 |
| Ronald Proctor | 163750 | 4/7/2005 | 4/7/2005 | Response (See File) |
| Ronald Proctor | 163750 | 4/13/2005 | 4/19/2005 | Photocopies 129 pgs |
| Ronald Proctor | 163750 | 4/18/2005 | 4/19/2005 | Memo Re: Photocopy Request |

| Ronald Proctor | 163750 | 4/21/2005 | 4/21/2005 | Photocopies 7 pgs. |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 4/21/2005 | 4/22/2005 | Response (See File) |
| Ronald Proctor | 163750 | 4/21/2005 | 4/26/2005 | (2) Addresses; Response (See File) |
| Ronald Proctor | 163750 | 4/25/2005 | 4/26/2005 | Response (See File);Six.Mo.Stmt.Form |
| Ronald Proctor | 163750 | 4/25/2005 | 4/26/2005 | Pet. Paterntiy; Affdv.Mail; DE S Ct NotAppl. |
| Ronald Proctor | 163750 | 4/25/2005 | 4/26/2005 | DE S Ct IFP Form |
| Ronald Proctor | 163750 | 4/27/2005 | 4/28/2005 | Fam.Ct.Appt.CounselForm; Address (1) |
| Ronald Proctor | 163750 | 4/27/2005 | 4/28/2005 | (4) Fam.Ct.Req.Subpoena; Photocopies 1pg |
| Ronald Proctor | 163750 | 5/2/2005 | 5/6/2005 | Photocopies (2pgs) |
| Ronald Proctor | 163750 | 5/5/2005 | 5/6/2005 | Photocopies (10pgs); Affdv. Mail.; Cert.Svc. |
| Ronald Proctor | 163750 | 5/5/2005 | 5/6/2005 | Med.Rel.Form;ODCForm;2254 Form |
| Ronald Proctor | 163750 | 5/5/2005 | 5/6/2005 | Fam.Ct.Not.Mot.&Order;(3)Pro.Req.Forms |
| Ronald Proctor | 163750 | 5/5/2005 | 5/6/2005 | (1) Address |
| Ronald Proctor | 163750 | 5/10/2005 | 5/17/2005 | Request for Notary; Photocopies 9 pgs. |
| Ronald Proctor | 163750 | 5/10/2005 | 5/17/2005 | Pet.Visit.;Affdv.Mail;(2)Griev.Forms |
| Ronald Proctor | 163750 | 5/10/2005 | 5/17/2005 | (3) DCC Affdv. Forms |
| Ronald Proctor | 163750 | 5/18/2005 | 5/19/2005 | Photocopies 35 pgs.; Cert.Svc.; Address(1) |
| Ronald Proctor | 163750 | 5/23/2005 | 5/24/2005 | Photocopies 13 pgs. |
| Ronald Proctor | 163750 | 5/27/2005 | 5/27/2005 | Response (See File) |
| Ronald Proctor | 163750 | 5/31/2005 | 6/2/2005 | Photocopies |
| Ronald Proctor | 163750 | 6/28/2005 | 6/30/2005 | Request for Notary; (3) Affdv. Forms |
| Ronald Proctor | 163750 | 6/28/2005 | 6/30/2005 | Prisoner List Re: Fed. Forms |
| Ronald Proctor | 163750 | 6/29/2005 | 6/30/2005 | Photocopies 34 pgs;(4)Affdv. Mail Forms |
| Ronald Proctor | 163750 | 6/29/2005 | 6/30/2005 | (1)Fam.Ct.Gen.Mot; (2) Cert. Svc. |
| Ronald Proctor | 163750 | 6/29/2005 | 6/30/2005 | I/M Grievance Procedures return by 7/01/05 |
| Ronald Proctor | 163750 | 6/29/2005 | 6/30/2005 | SHU Housing Rules return by 07/01/05 |
| Ronald Proctor | 163750 | 6/29/2005 | 6/30/2005 | CC Penal Discipline return by 07/01/05 |
| Ronald Proctor | 163750 | 7/5/2005 | 7/5/2005 | Return CC Penal Discipline |
| Ronald Proctor | 163750 | 7/5/2005 | 7/5/2005 | Retrun I/M Grievance Procedures |
| Ronald Proctor | 163750 | 7/5/2005 | 7/5/2005 | Return SHU Housing Rules |
| Ronald Proctor | 163750 | 7/8/2005 | 7/11/2005 | FamCtPetExpungeForm;(5)Affdv.Forms |
| Ronald Proctor | 163750 | 7/8/2005 | 7/11/2005 | FamCtCvR's-T.O.C.;FamCtGenMot |
| Ronald Proctor | 163750 | 7/8/2005 | 7/11/2005 | (5)Affdv.MailFam.Ct;FamCtR.16cFin.Rep. |
| Ronald Proctor | 163750 | 7/8/2005 | 7/11/2005 | Photocopies 15pgs.; Fee Waiver Affdv. |

| Ronald Proctor | 163750 | 7/11/2005 | 7/12/2005 | (2) Addresses; (2) Pro.Req.Form |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 7/25/2005 | 7/29/2005 | Fam.Ct.Appt.Counsel,Gen.Mot.Forms |
| Ronald Proctor | 163750 | 7/25/2005 | 7/29/2005 | Request for Notary |
| Ronald Proctor | 163750 | 7/25/2005 | 7/25/2005 | Return Fam.Ct.Cv.R's T.O.C. |
| Ronald Proctor | 163750 | 7/28/2005 | 7/28/2005 | Photocopies 32pgs;Request for Notary |
| Ronald Proctor | 163750 | 8/8/2005 | 8/18/2005 | (2)Cert.Svc;(1)1983&IFPForms |
| Ronald Proctor | 163750 | 8/8/2005 | 8/18/2005 | 3rdCir.Loc.R's-T.O.C.;3rdCir.IOPR's-T.O.C. |
| Ronald Proctor | 163750 | 8/8/2005 | 8/18/2005 | USCA28s.1746,1915&Shep.Ea. |
| Ronald Proctor | 163750 | 8/16/2005 | 8/23/2005 | Photocopies 6pgs;DESCtNotAppl&IFP F's |
| Ronald Proctor | 163750 | 8/16/2005 | 8/23/2005 | SixMo.Stmt.Form;ODCForm |
| Ronald Proctor | 163750 | 8/17/2005 | 8/23/2005 | Photocopies 18 pgs;DESCtNotAppl&IFP F's |
| Ronald Proctor | 163750 | 8/22/2005 | 8/23/2005 | (4)Fam.Ct.Affdv.Mail; Photocopies 12 pgs |
| Ronald Proctor | 163750 | 8/22/2005 | 8/23/2005 | (1)FamCtMotApptCounselForm |
| Ronald Proctor | 163750 | 8/22/2005 | 8/23/2005 | (2)Fam.Ct.OrderForms;(2)FamCtGenMots |
| Ronald Proctor | 163750 | 8/22/2005 | 8/23/2005 | (2)FamCtNot.Mots;(2)FeeWav.Forms |
| Ronald Proctor | 163750 | 8/24/2005 | 8/25/2005 | Response (See File) |
| Ronald Proctor | 163750 | 8/25/2005 | 8/26/2005 | Photocopies 360pgs;(9)Marshal Forms |
| Ronald Proctor | 163750 | 8/25/2005 | 8/29/2005 | Photocopies 6 pgs. |
| Ronald Proctor | 163750 | 8/25/2005 | 8/25/2005 | Return USCA28s.1746,1915 |
| Ronald Proctor | 163750 | 8/25/2005 | 8/25/2005 | Return 3rdCirCtIOP&Ct. R's T.O.C. |
| Ronald Proctor | 163750 | 8/30/2005 | 8/30/2005 | Photocopies 27 pgs |
| Ronald Proctor | 163750 | 9/1/2005 | 9/2/2005 | Envs(10) pay-to $.40cents |
| Ronald Proctor | 163750 | 9/1/2005 | 9/2/2005 | Photocopies2pgs;(3)CertSvc;Title10s8803 |
| Ronald Proctor | 163750 | 9/1/2005 | 9/2/2005 | DESCtAffdvRe:R.26dili |
| Ronald Proctor | 163750 | 9/1/2005 | 9/1/2005 | FOIA Forms |
| Ronald Proctor | 163750 | 9/2/2005 | 9/2/2005 | Photocopies 26pgs;Addresses(2) |
| Ronald Proctor | 163750 | 9/2/2005 | 9/2/2005 | (2)SuperCtMotTransc |
| Ronald Proctor | 163750 | 9/6/2005 | 9/12/2005 | Photocopies 144 pgs |
| Ronald Proctor | 163750 | 9/6/2005 | 9/12/2005 | FamCtFeeWaiver,IFP,GenMots Forms |
| Ronald Proctor | 163750 | 9/6/2005 | 9/12/2005 | DESCtNotAppl,IFP,SixMoStmtForms |
| Ronald Proctor | 163750 | 9/12/2005 | 9/12/2005 | Photocopies 366pgs;2254&IFP Form |
| Ronald Proctor | 163750 | 9/12/2005 | 9/12/2005 | USDistCtCIS;SixMoReq.Form |
| Ronald Proctor | 163750 | 9/12/2005 | 9/12/2005 | Return Title 10 s 8803 |
| Ronald Proctor | 163750 | 9/12/2005 | 9/12/2005 | 1983&IFP Forms |

| Ronald Proctor | 163750 | 9/21/2005 | 9/21/2005 | Return SuperCtCvR4;SuperCtCrR47,61 |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 9/21/2005 | 9/21/2005 | Return Title10s4001-05&ShepEa |
| Ronald Proctor | 163750 | 9/21/2005 | 9/21/2005 | Return Title10s.4010,4011(2copies)&Shep.Ea |
| Ronald Proctor | 163750 | 9/21/2005 | 9/21/2005 | Return Title10s8801-05&Shep.Ea |
| Ronald Proctor | 163750 | 9/21/2005 | 9/21/2005 | Return Title11s.4334&Shep;ShepDESCtR4 |
| Ronald Proctor | 163750 | 9/22/2005 | 9/22/2005 | Request for Notary |
| Ronald Proctor | 163750 | 9/23/2005 | 9/23/2005 | FamCtCvR-T.O.C;Title13s120-24-Shep(2) |
| Ronald Proctor | 163750 | 9/23/2005 | 9/23/2005 | Title13s1101-15;Request for Notary |
| Ronald Proctor | 163750 | 9/26/2005 | 9/26/2005 | (10)Envs;InkPen;PadPaper |
| Ronald Proctor | 163750 | 9/26/2005 | 9/26/2005 | Photocopies 20pgs |
| Ronald Proctor | 163750 | 9/26/2005 | 9/27/2005 | Photocopies22pgs;DESCtR11,32,41-43,102 |
| Ronald Proctor | 163750 | 9/26/2005 | 9/27/2005 | Shep.CtRules;Ct.Case(1)4pgs&Shep. |
| Ronald Proctor | 163750 | 9/26/2005 | 9/27/2005 | DESCtIFP&SixMoStmtForm |
| Ronald Proctor | 163750 | 9/26/2005 | 9/27/2005 | DESCtWritForm |
| Ronald Proctor | 163750 | 9/27/2005 | 9/27/2005 | (3) Fam. Ct ConsentTransfParRights Forms |
| Ronald Proctor | 163750 | 9/28/2005 | 9/29/2005 | Photocopies 40pgs |
| Ronald Proctor | 163750 | 9/28/2005 | 9/29/2005 | DE Appl Hdbk T.O.C. |
| Ronald Proctor | 163750 | 9/28/2005 | 9/29/2005 | Ct.Case(1)&Shep;CCPNameChg.w/IFP |
| Ronald Proctor | 163750 | 9/28/2005 | 9/29/2005 | DESCtForms J,L,M,N |
| Ronald Proctor | 163750 | 9/28/2005 | 9/28/2005 | ReturnDESCtR's11,32,41,43,102;Ct.Case(1) |
| Ronald Proctor | 163750 | 9/28/2005 | 9/28/2005 | ReturnTitle11s761-62,770-71 |
| Ronald Proctor | 163750 | 9/28/2005 | 9/28/2005 | Return Title13s123,1101-15 |
| Ronald Proctor | 163750 | 9/28/2005 | 9/30/2005 | Ct.Case(2)15pgs&ShepEa;Title10s921&Shep |
| Ronald Proctor | 163750 | 9/28/2005 | 9/30/2005 | Title11s231,777-80,1108-12,Shep.Var.Statutes |
| Ronald Proctor | 163750 | 9/28/2005 | 9/30/2005 | FamCtCvR's41,53,53.1,60,62,74,75,111 |
| Ronald Proctor | 163750 | 9/28/2005 | 9/30/2005 | FamCtCvR's201,204-05;ALRIndex-PoorPer. |
| Ronald Proctor | 163750 | 9/28/2005 | 9/28/2005 | ReturnFamCtCvR'sT.O.C.;Title13s120-22,24 |
| Ronald Proctor | 163750 | 9/28/2005 | 9/28/2005 | ReturnTitle11s763-69,772,773,776 |
| Ronald Proctor | 163750 | 9/30/2005 | 9/30/2005 | DEApplHdbkChs5,6 |
| Ronald Proctor | 163750 | 9/30/2005 | 9/30/2005 | AmJur2d-EffectTakingAppeals.421-83 |
| Ronald Proctor | 163750 | 9/30/2005 | 9/30/2005 | Return DE Appl. Hdbk T.O.C. |
| Ronald Proctor | 163750 | 10/3/2005 | 10/3/2005 | Return Ct. Case (1) |
| Ronald Proctor | 163750 | 10/3/2005 | 10/4/2005 | Response (See File) |
| Ronald Proctor | 163750 | 10/7/2005 | 10/7/2005 | Response (See File) |

| Ronald Proctor | 163750 | 10/7/2005 | 10/7/2005 | Return DESCtR42&Shep;Ct.Cases(2) |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 10/7/2005 | 10/7/2005 | Return Title11s777-80&Sheps(3) |
| Ronald Proctor | 163750 | 10/7/2005 | 10/7/2005 | Return Title11s1108-12;Title10s921 |
| Ronald Proctor | 163750 | 10/7/2005 | 10/7/2005 | Return FamCtCvR's53,62,74,75,201,04,05 |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Ct. Cases (5) 23 pgs & (4) Sheps. |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | SuperCtCvR12&Shep;Address(1) |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Title11s.1271-72,1312,3903&Shep(3) |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | (10)SubpoenaDucesTecumForms |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Request for Notary |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | (1)ea. 1983 & IFP Forms |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Return Title11s231&Shep; Shep. Ct. Case (1) |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Return FamCtCvR41,53.1,60,111 |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Return AmJur2d T.O.C. secs.421-83 |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Return ALR Index Poor Persons |
| Ronald Proctor | 163750 | 10/11/2005 | 10/11/2005 | Return DE Appl Hdbk Chs.5-6 |
| Ronald Proctor | 163750 | 10/17/2005 | 10/18/2005 | Ct.Cases(5)30pgs&Shep(1);Address(1) |
| Ronald Proctor | 163750 | 10/17/2005 | 10/18/2005 | Request for Notary |
| Ronald Proctor | 163750 | 10/17/2005 | 10/17/2005 | Paper,InkPen,Envs(5)-Indigent Supplies |
| Ronald Proctor | 163750 | 10/17/2005 | 10/17/2005 | Return Ct. Cases (5);SuperCtCvR12&Sheps |
| Ronald Proctor | 163750 | 10/17/2005 | 10/17/2005 | ReturnTitle11s1271-72,1312,3903&Sheps |
| Ronald Proctor | 163750 | 10/17/2005 | 10/18/2005 | Photocopies15pgs;SuperCtIFP |
| Ronald Proctor | 163750 | 10/17/2005 | 10/18/2005 | Super.CtMotTransc;DESCtNot.ApplForm |
| Ronald Proctor | 163750 | 10/17/2005 | 10/18/2005 | Super.CtIFP&(2)SixMo.Req.Forms |
| Ronald Proctor | 163750 | 10/19/2005 | 10/19/2005 | Photocopies 87 pgs. |
| Ronald Proctor | 163750 | 10/20/2005 | 10/20/2005 | Photocopies 9pgs; (2)IFP Forms |
| Ronald Proctor | 163750 | 10/20/2005 | 10/20/2005 | Request for Notary |
| Ronald Proctor | 163750 | 10/20/2005 | 10/20/2005 | (11) No. 10 Envs; Court Deadline No. 483 |
| Ronald Proctor | 163750 | 10/20/2005 | 10/20/2005 | Photocopies 8pgs; Ct.Cases(3)21pgs&Shep |
| Ronald Proctor | 163750 | 10/20/2005 | 10/20/2005 | USCA28s2244&Shep,2254 |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | (1)1983&IFPForms;JS-44,SixMoStmtForms |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | Request for Notary |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | SHU Housing Rules return by 10/28/05 |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | CC Penal Discipline return by 10/28/05 |
| Ronald Proctor | 163750 | 10/24/2005 | 10/28/2005 | I/M Grievance Procedures return by 10/28/05 |

| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | Photocopies 18pgs;JPCt/IFPForm |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | Index JP Ct Pgs. 81-93 |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | Photocopies25pgs;DESCtR's3,29,42&Shep |
| Ronald Proctor | 163750 | 10/24/2005 | 10/25/2005 | Ct.Cases(3)21pgs&Shep(2);Address(1) |
| Ronald Proctor | 163750 | 10/24/2005 | 10/27/2005 | Return CC Penal Discipline |
| Ronald Proctor | 163750 | 10/24/2005 | 10/28/2005 | Return SHU Housing Rules |
| Ronald Proctor | 163750 | 10/24/2005 | 10/28/2005 | Return I/M Grievance Procedures |
| Ronald Proctor | 163750 | 10/25/2005 | 10/25/2005 | Photocopies 7pgs |
| Ronald Proctor | 163750 | 10/25/2005 | 10/25/2005 | Return Ct. Cases (3) |
| Ronald Proctor | 163750 | 10/25/2005 | 10/25/2005 | SuperCtCvR12;Ct.Cases(5)-request by AG |
| Ronald Proctor | 163750 | 10/27/2005 | 10/27/2005 | Title11s6535&Shep;Request for Notary |
| Ronald Proctor | 163750 | 10/27/2005 | 10/27/2005 | (6)Cert.Svc |
| Ronald Proctor | 163750 | 11/2/2005 | 11/3/2005 | Photocopies 14pgs. |
| Ronald Proctor | 163750 | 11/2/2005 | 11/3/2005 | Fam.Ct.ConsentTerm.Par.RightsForm |
| Ronald Proctor | 163750 | 11/3/2005 | 11/3/2005 | Return Ct. Cases (3); USCA28s.2244,2254 |
| Ronald Proctor | 163750 | 11/3/2005 | 11/4/2005 | Ct.Cases(5)14pgs;28CFRs.20.21;Title11s.8506 |
| Ronald Proctor | 163750 | 11/3/2005 | 11/4/2005 | (3) Affdv.Mail, Term.Par.Rights Forms |
| Ronald Proctor | 163750 | 11/4/2005 | 11/15/2005 | Ct.Cases(4)33pgs&Shep(6);Addresses(2) |
| Ronald Proctor | 163750 | 11/4/2005 | 11/4/2005 | Return Ct. Cases (7) |
| Ronald Proctor | 163750 | 11/4/2005 | 11/15/2005 | Title13s901-15;DESCtNot.Appl.&IFPForms |
| Ronald Proctor | 163750 | 11/4/2005 | 11/15/2005 | DE Appl. Hdbk. Ch.6 |
| Ronald Proctor | 163750 | 11/4/2005 | 11/4/2005 | Return DESCtR42;Shep.DESCtR102 |
| Ronald Proctor | 163750 | 11/7/2005 | 11/7/2005 | Return Ct. Cases (3) |
| Ronald Proctor | 163750 | 11/8/2005 | 11/15/2005 | Title13s1101-10&Shep.Ea;(4)Affdv.Mail |
| Ronald Proctor | 163750 | 11/8/2005 | 11/15/2005 | Term. Parent. Rights (Pro Se) Form |
| Ronald Proctor | 163750 | 11/15/2005 | 11/15/2005 | Request for Notary |
| Ronald Proctor | 163750 | 11/15/2005 | 11/15/2005 | Return Ct. Case (1) |
| Ronald Proctor | 163750 | 11/16/2005 | 11/16/2005 | Photocopies (14pgs) |
| Ronald Proctor | 163750 | 11/16/2005 | 11/17/2005 | (1)1983,IFP,SixMoReqForms |
| Ronald Proctor | 163750 | 11/16/2005 | 11/17/2005 | (1)DESCtNotAppl.,IFP,SixMoReq.Forms |
| Ronald Proctor | 163750 | 11/16/2005 | 11/17/2005 | Response (See File) |
| Ronald Proctor | 163750 | 11/17/2005 | 11/17/2005 | SixMoReqForms,CISForm,Not.Appl.Form |
| Ronald Proctor | 163750 | 11/17/2005 | 11/17/2005 | 3rd Cir IFP Forms |
| Ronald Proctor | 163750 | 11/17/2005 | 11/17/2005 | Photocopies 14 pgs. |

| Ronald Proctor | 163750 | 11/17/2005 | 11/17/2005 | Photocopies 190pgs; Request for Notary |
|---|---|---|---|---|
| Ronald Proctor | 163750 | 11/21/2005 | 11/21/2005 | Response (See File) |
| Ronald Proctor | 163750 | 11/21/2005 | 11/21/2005 | ReturnTitle13s901-15,1101-10;Ct.Cases(5) |
| Ronald Proctor | 163750 | 11/21/2005 | 11/21/2005 | ReturnShep.Title13s.1101,03-10;SuperCtCvR12 |
| Ronald Proctor | 163750 | 11/21/2005 | 11/21/2005 | ReturnJPCtIndex;DEAppl.HdbkCh.6 |
| Ronald Proctor | 163750 | 11/23/2005 | 11/23/2005 | InkPen,Paper,16No.10Envs,412x15Envs |
| Ronald Proctor | 163750 | 11/23/2005 | 11/23/2005 | Title13TOC;FamCtCvR'sTOC;Fam.Ct.Gen.Mot |
| Ronald Proctor | 163750 | 11/23/2005 | 11/23/2005 | Title13s.901-30(Shep9),1101-10(Shep11) |
| Ronald Proctor | 163750 | 11/23/2005 | 11/23/2005 | (4)Affdv.MailForms;SuperCtCvPkt. |
| Ronald Proctor | 163750 | 11/23/2005 | 11/23/2005 | Ct.Cases(5)38pgs&(2)Sheps;(1)Address |
| Ronald Proctor | 163750 | 11/23/2005 | 11/28/2005 | Return CC Penal Discipline |
| Ronald Proctor | 163750 | 11/23/2005 | 11/28/2005 | Return I/M Grievance Procedures |
| Ronald Proctor | 163750 | 11/28/2005 | 11/29/2005 | Photocopies 105pgs;2ea.Praecipe,Summons F' |
| Ronald Proctor | 163750 | 11/28/2005 | 11/29/2005 | Ct. Cases (4) 30 pgs. & Shep (3) |
| Ronald Proctor | 163750 | 11/28/2005 | 11/28/2005 | Return Ct. Cases (3); FamCtCvR's-TOC |
| Ronald Proctor | 163750 | 11/28/2005 | 11/28/2005 | Return Title13s901-30(Shep9),1101-10(Shep11 |
| Ronald Proctor | 163750 | 11/28/2005 | 11/28/2005 | Return Title13 TOC |
| Ronald Proctor | 163750 | 11/29/2005 | 11/30/2005 | Return I/M Grievance Procedures |
| Ronald Proctor | 163750 | 11/29/2005 | 11/30/2005 | Return CC Penal Discipline |
| Ronald Proctor | 163750 | 11/30/2005 | 12/1/2005 | Photocopies 170pgs; (4)Cert.Svc;SuperCtCvPkt |
| Ronald Proctor | 163750 | 11/30/2005 | 12/1/2005 | DESCt15bMot;SixMoReq.Form;FPDK2734 |
| Ronald Proctor | 163750 | 11/30/2005 | 12/1/2005 | Response (See File) |
| Ronald Proctor | 163750 | 11/30/2005 | 11/30/2005 | Return Ct. Cases (2) |
| Ronald Proctor | 163750 | 12/5/2005 | 12/5/2005 | Return Ct. Case (1); FPD K2734 |
| Ronald Proctor | 163750 | 12/5/2005 | 12/6/2005 | Photocopies 158pgs;35aMot.,ODCForm |
| Ronald Proctor | 163750 | 12/5/2005 | 12/6/2005 | DESCt15bMot.,(2)Cert.Svc.;2254Rules1-11 |
| Ronald Proctor | 163750 | 12/5/2005 | 12/6/2005 | Shep.Ct.Cases(4);Ct.Case(1)25pgs |
| Ronald Proctor | 163750 | 12/5/2005 | 12/6/2005 | 41 ALR 3d 1021; (1) Address |
| Ronald Proctor | 163750 | 5/20/2003 | 5/20/2003 | Response (See File) |
| Ronald Proctor | 163750 | 2/24/2004 | 2/24/2004 | Request for Notary |
| Ronald Proctor | 163750 | 4/29/2005 | 5/3/2005 | Photocopies 11 pgs. |

**Inmate Ronald E. Proctor Jr.**
**00163750**
**17-A-U5**
**SHU**

**Subject: Notary Provided by SHU Law Library for Calendar Year 2005**

Inmate Proctor was provided notary services on the following dates:

2-04-05
2-10-05
2-14-05
2-25-05
3-04-05
3-21-05
3-31-05
4-21-05
4-25-05
5-05-05
5-10-05
5-18-05
5-31-05
6-08-05
6-17-05
6-29-05
7-11-05
7-28-05
8-08-05
8-22-05
9-08-05
9-22-05
9-28-05
10-11-05
10-17-05
10-20-05
10-24-05

Inmate Ronald E. Proctor Jr.
00163750
17-A-U5
SHU

**Subject: Indigent Supplies Issued by SHU Law Library for Calendar Year 2005**

10-20-05    11 each No. 10 Envelopes (Court Deadline).

10-17-05    1 Pad Paper; 1 Ink Pen, 5 each No. 10 Envelopes (Court Deadline).

09-26-05    10 each No. 10 Envelopes; 1 Pad Paper, 1 Ink Pen (Court Deadline).

09-02-05    10 each No. 10 Envelopes (Court Deadline).

08-10-05    1 Pen (Court Deadline).

06-01-05    1 Pen (Court Deadline).

03-22-05    1 Pad Paper; 1 Ink Pen; 3 each No. 10 Envelopes (Court Deadline).