November 30, 2005

Clerk
U.S. District Court
844 King St    Lock Box 18
Wilmington, Delaware
19801

Re: Proctor v. Coventry et al., C.A. No. 04-1243-JJF

Dear Clerk:

Please enter Default against 'All' Defendants. I base this upon the attached Entry of Appearance by Attny Asst Gen. Lisa Barchi on 10-25-05.* Thus, Default should be entered accordingly. No reply to my complaint has been received as of the above date. Thankyou for your attention.

*See Exhibit 'A'

xc: file/jogged
cc: Lisa Barchi Esq.
    Counsel for Defendants.

Attachments: (1) Exhibit A

Sincerely yours,

/s/ JR.

Ronald Proctor, Jr.
Plaintiff, Pro Se
1181 Paddock Rd
Smyrna, DE
19977

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

