IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1243-JJF |
| ) | |
| C/O COVENTRY, SGT FAUST, ) | |
| LT. SALAS, LT. JOHN DOE I, ) | |
| DR. BROWN, BRIAN ENGREM ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants George Coventry, William Faust, John Salas and Brian Engrem. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: OCTOBER 25, 2005

Exhibit "A"

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ronald Proctor
SBI # 163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

**Notices**
1:04-cv-01243-JJF Proctor v. Coventry, et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Barchi, Lisa Ann entered on 10/25/2005 at 11:07 AM EDT and filed on 10/25/2005
**Case Name:**     Proctor v. Coventry, et al
**Case Number:**   1:04-cv-1243
**Filer:**         G. Coventry
                   W. Faust
                   Salas
                   Brian Engrem
**Document Number:** 19

**Docket Text:**
NOTICE of Appearance by Lisa Ann Barchi on behalf of G. Coventry, W. Faust, Salas, Brian Engrem (Barchi, Lisa)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2005] [FileNumber=116969-0
] [c2a69b8ae20b4e2caf168215b785810b654f75e27ab3b666507dcd114984bef3ce7
2572ce7657c51278184510fef0f40743082975c6b426cdb28220b5bbf20ff]]

**1:04-cv-1243 Notice will be electronically mailed to:**

Lisa Ann Barchi     lisa.barchi@state.de.us,

**1:04-cv-1243 Notice will be delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977