IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,          :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Civil Action No. 04-1243-JJF
                                 :
G. COVENTRY, et al.,             :
                                 :
        Defendants.              :

O R D E R

At Wilmington, this 25th day of January, 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that State Defendants' Motion To Dismiss (D.I. 25) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE