IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Proctor Jr.
   Plaintiff

C/o Coventry et al.

CA No. 04-1243-JJF

Motion for Stay of Proceedings

Come's now Plaintiff Ronald E. Proctor Jr. Pro Se in the above styled cause pursuant to this Courts procedures to stay these proceedings that would therefore show:

1.) Plaintiff has been denied access to law lib, copy service and pen paper envs or case law etc. By the direct actions of Brian Engrem (Reale) at DCC-SHU since 12-2-05 (See Exhibit "A")

2.) Plaintiff has submitted law lib slips and nothing has been given. As Plaintiff is in SHU Max Security and no direct access to the law lib except by written requests.

3.) On 12-19-05 Counsel for the defendants filed a motion to dismiss with

Points and Authorities.

4.) Thereafter the cases cited therein the aforesaid motion filed by defendants counsel, Plaintiff requested all cases listed from the Law Lib and nothing was sent nor was a pen given or paper sent, etc. until and up to the below date.

5.) Plaintiff has a release date of 2-17-06 and at this point Plaintiff will notify this Court of his change of address and from that point Plaintiff can then respond to numerious cases and this case.

Wherefore Plaintiff would move this Court for an Stay of Proceedings until 2-18-06 and with 30 days of 2-18-06 Plaintiff will respond to the aforesaid filing by def. Coun.

Respectfully Submitted,

Dated 1-18-06

X _____
Ronald E. _____
1181 _____ Rd
Smy. DE 19977

## Certificate of Service

I, _Ronald E. Proctor Jr_, hereby certify that I have served a true and correct cop(ies) of the attached: _MOTION TO STAY_ _____ upon the following parties/person (s):

TO: _Lisa Barchi_
_Dept of Justice_
_820 N French St_
_Wilm. De_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _19_ day of _JAN_ _____, 2006

_Ronald E. Proctor Jr._



