CA NO. 04-1243-JJF

STATE OF DELAWARE )
                  ) SS
COUNTY OF New Castle )

AFFIDAVIT OF: Ronald E. Proctor Jr
DATED: 1-11-06

### AFFIDAVIT

I, Ronald E. Proctor Jr being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in ___MHU5 - SHU/M/16___ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

From 12-1-05 to date Brian Engrem Paralegal II has stolen, held, refused to give materials, pen, paper env. and research materials for the following cases and has done so knowingly aware of the outcome of his actions therein under.

Affiant: _____
         Signature

Ronald E. Proctor Jr
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 13th day of Jan, 2006

My Commission Expires: Apt 17, 2006

Notary Public

Exhibit "A"