## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 7, 2006

Ronald Proctor
SBI# 163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

       RE:    Ronald E. Proctor, Jr. v. C/O G. Coventry, et al.
               C.A. No. 04-1243-JJF

Dear Mr. Proctor:

      The Court is in receipt of your Motion For Stay Of Proceedings (D.I. 31). The above-captioned case is closed, therefore, no action will be taken.

      Sincerely,

      *(signature)*

      JOSEPH J. FARNAN, JR.

JJFjr:afb

cc:      Clerk, United States District Court
           Lisa Ann Barchi, Esq.