IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,           :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 04-1243-JJF
                                  :
C/O G. COVENTRY, et al.,          :
                                  :
        Defendant.                :

**ORDER**

WHEREAS, Plaintiff has filed a Motion For Stay Of Proceedings (D.I. 31);

WHEREAS, the above-captioned case has been closed;

NOW THEREFORE, IT IS ORDERED that Plaintiff's Motion For Stay Of Proceedings (D.I. 31) is **DENIED** as moot.


February 7, 2006
    DATE                                    UNITED STATES DISTRICT JUDGE